**HOUSER LLP**
Jacob Tebele, Esq.
60 East 42nd Street, Ste. 2200
New York, NY 10165
P. 212.490.3333
jtebele@houser-law.com
*Attorneys for Defendant PHH Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LINDA M. RODRIGUEZ, | Case No.: 23-01212 (MBK) |
| Plaintiff, | |
| v. | |
| PHH MORTGAGE CORPORATION, | **CERTIFICATION OF SERVICE** |
| Defendant. | |

Jacob E. Tebele, Esq., an attorney duly admitted to practice law before the courts of the State of New Jersey, hereby certifies:

I am not a party to the within action, I am over 18 years of age, and reside in Monmouth County, New Jersey.

On September 13, 2023, I caused the **Answer with Affirmative Defenses to Complaint** to be electronically filed and served with the United States Bankruptcy Court, District of New Jersey, using the CM/ECF system, which would then electronically notify the CM/ECF participant on this case:

Andy Winchell, Esq.
Law Offices of Andy Winchell P.C.
90 Washington Valley Road
Bedminster, NJ 07921
andy@winchlaw.com
*Attorney for Plaintiff*

Dated:  September 13, 2023
            New York, New York

                                                                                */s/ Jacob E. Tebele*
                                                                                Jacob E. Tebele, Esq.