**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500
*Sam Della Fera, Jr., Mediator*
(sdellafera@csglaw.com)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LINDA RODRIGUEZ,<br><br>Debtor. | Chapter 13<br><br>Case No. 19-19288 (MBK) |
| LINDA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br><br>Defendant. | Adv. Pro. No. 23-1212 (MBK) |

**MEDIATION REPORT**

By Order entered October 16, 2023, this matter was referred to mediation.

1. A settlement of this matter:

   ☐ was reached    ☑ was not reached

2. The party designated to file the settlement document(s) is: N/A

3. Resolution of Adversary Proceeding:

   ☐ All outstanding issues have been resolved and the case may be closed in the normal course.

   ☑ There are issues that have not been resolved and the case shall remain open.

   ☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: January 11, 2024                         */s/ Sam Della Fera, Jr.*
                                                Sam Della Fera, Jr.

4872-6549-3404.v1