UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Law Offices of Andy Winchell
90 Washington Valley Road
Bedminster, New Jersey 07921
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

| | |
|---|---|
| In Re: | Case No.: 19-19288 (MBK) |
| Linda M. Rodriguez | Chapter: 13 |
| Debtor | |
| Linda M. Rodriguez | Adv. Pro. No: 23-01212 (MBK) |
| Plaintiff | |
| vs. | |
| PHH Mortgage Corporation | |
| Defendant | |

**PLAINTIFF'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

| Fact: | Source: |
|---|---|
| Plaintiff and Defendant resolved Adversary Proceeding 21-01506 (the "First Adversary Proceeding") through a settlement agreement (the "Settlement Agreement"). | See Exhibit 7. |
| In the Settlement Agreement, the Defendant agreed to remove from the Plaintiff's mortgage loan (the "Mortgage Loan") all fees other than real estate taxes and insurance, even the fees approved by the Court, that the Defendant had added to the Mortgage Loan (collectively the "Non-Recoverable Costs"). | See Exhibit 7, paragraph 1. |
| The Defendant agreed to pay the Debtor's counsel $15,000 in attorney's fees (the "Attorney's Fees") and the mediator $5,000 in mediator fees (the "Mediation Fees"). | See Exhibit 7, paragraph 5. |
| The Defendant agreed never to add any portion of the Non-Recoverable Costs, Attorney's Fees, or Mediation Fees back into the Mortgage Loan. | See Exhibit 7, paragraph 1 |
| The Defendant agreed not to add any amounts to the Mortgage Loan other than taxes and insurance for the remainder of the Bankruptcy Case without first complying with notice requirements contained in Rule 3002.1 of the Federal Rules of Bankruptcy Procedure. | See Exhibit 7, paragraph 1. |
| The Defendant agreed in the Settlement Agreement that if any Non-Recoverable Costs were added into the Mortgage Loan without the Defendant first complying with Rule 3002.1 of the Federal Rules of Bankruptcy Procedure and remained on the Defendant records for more than thirty days without being removed, the | See Exhibit 7, paragraph 1. |

| | |
|---|---|
| Defendant would be in breach of the Settlement Agreement. | |
| The Defendant failed to remove $1,050 in fees from the Mortgage Loan. | <u>See</u> Certification of Bernard Jay Patterson |
| The Defendant added $15,000 in Attorney's Fees and $5,000 in Mediation Fees into the Mortgage Loan. | <u>See</u> Certification of Bernard Jay Patterson |
| The Defendant did not file a notice pursuant to FRBP 3002.1 before adding the Attorney's Fees and Mediation Fees into the Mortgage Loan. | <u>See</u> Bankruptcy Court Docket |
| The Defendant failed to remove the Attorney's Fees and Mediation Fees from the Mortgage Loan within thirty days of adding them. | <u>See</u> Certification of Bernard Jay Patterson |

Dated this the 25th day of September, 2024.


<u>/s/ Andy Winchell</u>
Law Offices of Andy Winchell P.C.
90 Washington Valley Road
Bedminster, New Jersey 07921
973-457-4710
andy@winchlaw.com
Attorney for the Plaintiff