# EXHIBIT "1"

# Bernard Jay Patterson, CFE

6025 Battle Trail, Little Rock, Arkansas 72223    501-276-1108    jay@fulldisclosurellc.com

# Curriculum Vitae

Bernard Jay Patterson, owner of Full Disclosure, LLC provides forensic and investigative accounting, auditing and data analytics specific to the mortgage loan servicing, structured finance and document forensic areas.

- Expert witness appearances in numerous state and federal court jurisdictions
- Development of methodologies used in the forensic investigation, examination and analyses of mortgage loan servicing transactions, securitization processes, document forensics, and standing issues.
- Development of methodologies used in the reconstruction of mortgage servicing accounting data and transactions extracted from proprietary and third party systems of record.
- Specialized knowledge of the data output and functions of most major mortgage servicing systems of record including Loansphere MSP, LSAMS, RealServicing, and Fiserve.
- Development of methodologies used in the analyses of mortgage servicing transactions in the bankruptcy context including bifurcation of funds to pre and post petition segments for analyses.
- Development of escrow analysis software programs specialized for application in the bankruptcy area.
- Nationally known in the area of forensic and investigative accounting in the mortgage loan servicing and securitization segment including various speaking and teaching engagements.
- Previous experience:  Civil and criminal cases including expert witness testimony, deposition testimony, consulting engagements and mediation presentations.
- Clients – Attorneys, Attorneys General, Bankruptcy Trustees, County Recording Offices, MBS Investors, other governmental entities.
- Co-Author – "Foreclosure in California, A Crisis of Compliance" – Results of a study completed for the Office of the Assessor-Recorder, San Francisco County, California.
- Previous engagement with the Ditech Holding Corporation Consumer Creditor Recovery Trust auditing claims.

**Expert Witness Appearances/Admittances:\***

- United States Bankruptcy Court, Eastern District of Arkansas
- United States Bankruptcy Court, Western District of Arkansas
- United States Bankruptcy Court, Northern District of Florida.
- United States Bankruptcy Court, Eastern District of Kentucky, Lexington Division.
- United States Bankruptcy Court, Central District of California.
- United States Bankruptcy Court, Southern District of New York.
- United States Bankruptcy Court, Southern District of Texas.
- United States Bankruptcy Court, Northern District of Texas.
- United States Bankruptcy Court, District of Maryland.
- United States District Court, District of Oregon
- United States District Court, Southern District of Mississippi
- United States District Court, Northern District of Illinois
- Superior Court, State of California, County of Orange.
- Supreme Court, State of New York-Kings, Nassau, & Suffolk Counties.
- District Court, Clark County, State of Nevada.
- Court of Common Pleas, Cuyahoga County, State of Ohio.
- Circuit Court, Eleventh Judicial Circuit, Miami-Dade County, State of Florida.
- Circuit Court, Fifteenth Judicial Circuit, Palm Beach County, State of Florida
- Circuit Court, County of Jackson, State of Missouri.
- State Court, County of Cumberland, State of Maine.
- American Arbitration Association.

**\*See Addendum on last page.**

**Credentials:**

- Certified Fraud Examiner – November, 2009

**Education:**

University of Arkansas Little Rock – Bachelor of Science degree in Accounting.

**Current Business:**

Full Disclosure, LLC – Owner since October, 2007.

**Instructor/Speaking Engagements:**

- Instructor/Speaker – Securitization and Servicing Seminar – Shelby, NC – September 2010.
- Instructor/Speaker – Securitization and Servicing Seminar – Las Vegas, NV – February 2011.
- Instructor/Speaker – UCC and Securitization Seminar – Ontario, CA. – September 2011.
- Speaker – Debtor/Creditor Fall Legal Institute-Arkansas Bar Association – Fayetteville, AR. – November 2011.
- Instructor/Speaker – UCC and Securitization Seminar – New York, NY – November 2011.
- Instructor/Speaker – UCC and Securitization Seminar – Orlando, FL – March 2012.
- Instructor/Speaker – Advanced Bankruptcy Seminar, Max Gardner – Shelby, NC – April 2012.
- Instructor/Speaker – Bankruptcy Seminar, Max Gardner – Shelby, NC. – August 2012
- Instructor/Speaker – Foreclosure Securitization and Servicing Seminar – Max Gardner – Charlotte, NC.  – October 2012.
- Instructor/Speaker – Bankruptcy Seminar, Max Gardner – Shelby, NC. – January 2013
- Instructor/Speaker – Bankruptcy Seminar, Max Gardner – Shelby, NC. – September 2013
- Instructor/Speaker – Regulation X and Z Seminar, Max Gardner-Shelby, NC. – February 2014
- Instructor/Speaker – Bankruptcy Seminar, Max Gardner – Shelby, NC. – March 2014
- Speaker-Foreclosure Seminar – Suffolk County New York Bar Association – May 2014
- Instructor/Speaker-Bankruptcy, Regulation X and Z Seminar, Max Gardner-Shelby, NC – November 2014.
- Instructor/Speaker-Bankruptcy Seminar, Max Gardner-Chicago, IL.  May 2015.
- Instructor/Speaker-Advanced Bankruptcy Seminar, Max Gardner-Chicago, IL.  July 2015.
- Instructor/Speaker-Regulation X and Z Seminar, Max Gardner-New York, NY.  August 2015.
- Speaker-National Consumer Law Center (NCLC)-2015 Summer Mortgage Conference.  August 2015.  Washington DC.
- Instructor/Speaker-Advanced Bankruptcy Seminar, Max Gardner-Charlotte, NC.  November 2015.
- Instructor/Speaker-Bankruptcy Seminar, Max Gardner-Shelby North Carolina.  May 2016
- Speaker – Legal Aid Services of Oklahoma- Foreclosure Defense and Bankruptcy Conference.  Oklahoma City, Oklahoma.  July 2016.

- Instructor/Speaker – Webinar Series – NACA – Mortgage Servicing Loan Accounting. January 2017.
- Co-Presenter – Webinar  - Max Gardner.  Bankruptcy Escrow Analyses.  February 2017.
- Instructor/Speaker-Bankruptcy Seminar, Max Gardner-Charlotte North Carolina.  August 2017
- Instructor/Speaker-Bankruptcy Seminar, Max Gardner-Shelby North Carolina.  February 2018.
- Instructor/Speaker-Bankruptcy Seminar, Max Gardner-Shelby North Carolina.  July 2018.
- Instructor/Speaker-Bankruptcy Seminar, Max Gardner – Shelby North Carolina.  October 2018.
- Instructor/Speaker-Bankruptcy Seminar, Max Gardner – Shelby North Carolina.  December 2018.
- Instructor/speaker-Bankruptcy Seminar, Max Gardner-Shelby North Carolina. July 2019.
- Co-Presenter – Webinar on Mortgage Loan Forbearances in the CARES Act.  Max Gardner.  May 2020.
- Co-Presenter – NCLC Summer Mortgage Virtual Conference – Mortgage Servicing Issues.  Tom Cox and John Rao.  June 17, 2020.
- Co-Presenter – The CARES Act and Mortgage Forbearance Webinar – National Association of Chapter Thirteen Trustees Academy.  Max Gardner – Thad Bartholow – Malissa Giles.  September 3, 2020.
- Co-Presenter – Mortgage Forbearance – What's Next?/Webinar – National Association of Consumer Advocates (NACA).  Max Gardner.  October 2020
- Co-Presenter – Mortgage Forbearance-What's Next?/Webinar – National Association of Consumer Bankruptcy Attorneys (NACBA).  Max Gardner.  October 2020.
- Instructor/Speaker – Max Gardner Bankruptcy Bootcamp Seminar. Gardner-Webb University Campus.  July 2021.
- Co-Presenter – Mortgage Forbearance Webinar – National Association of Consumer Advocates (NACA).  September 2021.

**Publications/Papers:**

*"Foreclosure in California, A Crisis of Compliance"* – Results of a study completed for the Office of the Assessor-Recorder, San Francisco County, California.  Co-author

*"Mortgage Loan Document Custodians, Their Roles, Functions, and Issues".*  July, 2014. Not published.

*"Accounting Treatment of Mortgage Loans, It is all about control".*  November 2014. Not published.

**Organizations:**

- Association of Certified Fraud Examiners

**Testimony and Case List**:  Please see attached Case Listing and Addendum to Case Listing.

**Bernard Jay Patterson, CFE**
Case Listing

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| | | | | |
| 10/2009 | 09-03045 | *Kirkley v. GMAC Mortgage, et al* | US Bankruptcy Court, Texas Northern | Expert Report<br>Mediation Testimony<br>Deposition |
| 11/2009 | 05-75240 | *Elder v. U.S. Bank* | US Bankruptcy Court, Arkansas Eastern | Expert Report |
| 12/2009 | 03-70592 | *Bullard v. GMAC* | US Bankruptcy Court, Arkansas Eastern | Expert Report |
| 5/2010 | 07-01054 | *Moffitt v. America's Servicing Company* | US Bankruptcy Court, Arkansas Eastern | Expert Report<br>Mediation Testimony |
| 6/2010 | 09-01244 | *Bateman v. Southern Development* | US Bankruptcy Court, Arkansas Eastern | Expert Report<br>Trial Testimony |
| 9/2010 | 09-CI-00116 | *Bank of NY Mellon v. Thomas Sexton* | Circuit Court, Bourbon County Kentucky | Expert Affidavit |
| 9/2010 | 09-75455 | *Ford v. US Bank, as Trustee* | US Bankruptcy Court, Arkansas Western | Expert Affidavit |
| 10/2010 | 09-12663 | *Jackson v. Citimortgage* | US Bankruptcy Court, Arkansas Eastern | Expert Report |
| 11/2010 | CV-2010-6972 | *Rasberry v. Aurora Loan Services, LLC* | Circuit Court, Jefferson County Arkansas | Expert Affidavit |
| 1/2011 | 07-51925 | *Mattox v. Wells Fargo Bank* | US Bankruptcy Court, Kentucky Eastern | Expert Report |
| 1/2011 | 10-37569 | *Mausbach v. Aurora Loan Services* | US Bankruptcy Court, California Central | Expert Affidavit |
| 2/2011 | 08-11442 | *Aurora Loan Svcs v. Rick Phillips, et al* | US Bankruptcy Court, Alabama Southern | Expert Report |
| 2/2011 | 08-11442 | *Aurora Loan Svcs v. Rick Phillips, et al* | US Bankruptcy Court, Alabama Southern | Expert Report |
| 2/2011 | 10-19328 | *In Re: Amal S. Tadros* | US Bankruptcy Court, California Southern | Expert Affidavit |
| 2/2011 | 10-52208 | *Suedkamp v. BAC Home Loans Servicing LP* | US Bankruptcy Court, Kentucky Eastern | Affidavit of Testimony |
| 4/2011 | 07-51925 | *Mattox v. Wells Fargo Bank* | US Bankruptcy Court, Kentucky Eastern | Deposition Testimony |
| 4/2011 | 08-68896 | *HSBC Bank USA as Trustee v. Blanco* | Circuit Court, 11th Dist, Florida | Expert Affidavit |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 5/2011 | 11-00466 | Lopez v. GMAC Mortgage | US Bankruptcy Court, California Southern | Expert Affidavit |
| 5/2011 | 08-03017 | Fitzpatrick v. Countrywide Home Loans | US Bankruptcy Court, Florida Northern | Expert Report |
| 5/2011 | CV2009-902747 | Wells Fargo Bank v. Wendell Nichols et al | Circuit Court, Jefferson County Alabama | Expert Affidavit |
| 5/2011 | 86043505 | Deutsche Bank et al v. Chia Ling Chow Watson | Circuit Court, 17th Dist, Broward Cty, Florida | Expert Affidavit |
| 6/2011 | CV-08-90056 | Scott v Ocwen Loan Servicing, et al | Circuit Court, Clarke County Alabama | Expert Affidavit |
| 6/2011 | 10-01249 | Walter Lacey v. BAC Home Loans Servicing, et al | US Bankruptcy Court, Massachusetts, Eastern | Expert Report |
| 7/2011 | CV-09-600339-S | Aurora Loan Services v. Basak-Smith | Superior Court, J.D. of Fairfield, CT | Expert Affidavit |
| 7/2011 | 10-22652 | Taylor v. HSBC Bank USA as Trustee | US Bankruptcy Court, New York Southern | Expert Affidavit |
| 8/2011 | 08-03017 | Fitzpatrick v. Countrywide Home Loans | US Bankruptcy Court, Florida Northern | Deposition Testimony |
| 8/2011 | 06-17053 | In Re:  Roselle Tyson | US Bankruptcy Court, New Jersey | Expert Report |
| 8/2011 | CIV507589 | Lancaster v. JP Morgan Chase | Superior Court, California, San Mateo | Expert Affidavit |
| 8/2011 | 10-73345 | Creel v. Chase Home Finance, et al | US Bankruptcy Court, Arkansas Western | Expert Report |
| 11/2011 | 10-01158 | Cummings v. EMC Mortgage Corp | US Bankruptcy Court, Arkansas Eastern | Expert Report |
| 12/2011 | 10CV00982 | Norman Ziccardi, et al v. BAC Home Loan Svc LP | US District Court, Ohio Northern | Expert Report |
| 12/2011 | 11AP00027 | Rick A Phillips v. Aurora Loan Services LLC, et al | US Bankruptcy Court, Alabama Southern | Expert Affidavit |
| 1/2012 | 11CV0392 | Citimortgage v. William Gibbs, et al | District Court, Sedgwick County, Kansas | Expert Report |
| 2/2012 | 10-12856 | In re: George S. Bevins, Debtor | US Bankruptcy Court, Northern Dist., New York | Expert Report |
| 3/2012 | 11-00415 | Oberg v. Bank of America, et al | US District Court, Mississippi, Southern | Expert Report |
| 3/2012 | 11-00419 | Hopkins v. Bank of America, et al | US District Court, Mississippi, Southern | Expert Report |

**Bernard Jay Patterson, CFE**
Case Listing

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 3/2012 | 30-2011-00497899 | Aurora Loan Services v. Daryoush M. Jahromi | Superior Court, Orange County, California | Expert Affidavit |
| 4/2012 | SACV111877 | Daniel Tarver v. OneWest Bank fsb, et al | US District Court, Central District, California | Expert Affidavit |
| 5/2012 | BC452571 | Alla Furman v. Bank of America, et al | Superior Court, Los Angeles County, California | Expert Affidavit |
| 5/2012 | 10-73345 | Jackie Creel, et al v. Chase Home Finance, et al | US Bankruptcy Court, Western Dist., Arkansas | Trial Testimony |
| 6/2012 | 2011CA015437 | Regions Bank, et al v. Alvin and Saundra Karp | Circuit Court, Miami Dade County, Florida | Expert Report |
| 6/2012 | 2011CA015437 | Regions Bank, et al v. Alvin and Saundra Karp | Circuit Court, Miami Dade County, Florida | Deposition Testimony |
| 6/2012 | 2011100CV11 | Carolyn Sims v. Wells Fargo Bank as Trustee, et al | Circuit Court, Jones County, Mississippi | Expert Report |
| 6/2012 | 1188SU20 | Bank of America NA v. Policarpo Dacruz, et al | Trial Court, Commonwealth of Mass. | Expert Affidavit |
| 6/2012 | 11CV2540 | Mark Sanders, et al v. CitiMortgage Inc. | US District Court, Kansas | Expert Report |
| 7/2012 | 11CV395SB | James P. Scheider Jr. et al v. Deutsche Bank NTC as Trustee | US District Court, South Carolina | Expert Affidavit |
| 8/2012 | 10-28392-ca-24 | Bank of New York as Trustee v. Bishan Seneviratne, et al | Circuit Court, Miami Dade County, Florida | Expert Affidavit |
| 8/2012 | 104580 | Bethany Moura v. OneWest Bank, FSB | Superior Court, State of Rhode Island | Expert Affidavit |
| 9/2012 | 30-2011-00451386 | Donald Distefano v. HSBC Bank USA as Trustee, et al | Superior Court, Orange County, California | Trial Testimony |
| 9/2012 | 1-11-cv-00420 | Gloria Patton v. American Home Mtg Servicing, et al | US District Court, Mississippi, Southern | Expert Report |
| 10/2012 | 111826 | William Bernardino, et al v. OneWest Bank FSB, et al | Superior Court, State of Rhode Island | Expert Affidavit |
| 11/2012 | CV-2009-902322 | GMAC Mtg LLC, et al v. Derrius E. Silmon, et al | Circuit Court, Jefferson County, State of Alabama | Expert Affidavit |
| 11/2012 | 09045276CA | BONY et atl v. Efren Garcia, et al | Circuit Court, Miami Dade County, Florida | Expert Affidavit |
| 12/2012 | 12-656686J | Jeffrey LaPour et al v. OneWest Bank FSB, et al | District Court, Clark County Nevada | Expert Report |
| 1/2013 | CV2010-732 | David Corey v. BAC Home Loans Servicing LP | Circuit Court, Jefferson County, State of Alabama | Expert Affidavit |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 1/2013 | CV2010-901266 | BONY Mellon as Trustee, et al v. John M. Ziegler III, et al | Circuit Court, Mobile County, State of Alabama | Expert Affidavit |
| 1/2013 | 30-2012-00584366 | Paul Hoffman v. JPMorgan Chase Bank, NA, et al | Superior Court, Orange County, California | Expert Affidavit |
| 1/2013 | CV2012-00480 | Edwin Justin v USBank NA as Trustee for LXS 2006-14N | Superior Court, Coconino County, Arizona | Expert Report |
| 2/2013 | 11-CV-2540 | Mark Sanders, et al v. CitiMortgage Inc. | US District Court, District of Kansas | Deposition Testimony |
| 3/2013 | 09-44280-CA-10 | Detusche Bank NTC as Trustee et al v. E Caballeriro, et al | Circuit Court, Miami Dade County, Florida | Expert Report |
| 3/2013 | 09-74910-CA-10 | Deutsche Bank Trust Co et al v. Jason Savitz, et al | Circuit Court, Miami Dade County, Florida | Expert Report |
| 4/2013 | 11-CV-0392 | CitiMortgage v Williams Gibbs, et al | District Court, Sedgwick County, Kansas | Deposition Testimony |
| 4/2013 | 2011-CA-13862 | Bank of America, et al v. Hender R. Bermudez et al | Circuit Court, Orange County, Florida | Expert Report |
| 4/2013 | PC 2010-5902 | Rafael Genao v. Litton Loan Services, et al | Superior Court, State of Rhode Island | Expert Report |
| 5/2013 | 12-656686-J | Lapour, et al v. Onewest Bank, FSB, et al | District Court, Clark County Nevada | Trial Testimony |
| 5/2013 | CACE1121448 | Bank of NY Mellon et al v. Vicki Lee Grusby, et al | Circuit Court, Broward County, Florida | Expert Report |
| 6/2013 | 12-30614-RAG | Jeffrey V Howes v. Wells Fargo Bank NA | US Bankruptcy Court, Maryland | Expert Report |
| 6/2013 | 12-CV-311-HSO | Charles Neel et al v. Fannie Mae, et al | US District Court, Mississippi, Southern | Expert Report |
| 6/2013 | 10-11643-SMB | In Re: Marcelino Kassiano, et al | US Bankruptcy Court, New York Southern | Expert Affidavit |
| 7/2013 | 41386/2009 | US Bank NA et al v. Edward A Christensen, et al | Supreme Court, County of Suffolk, New York | Expert Report |
| 7/2013 | N11L-03-097 | Deutsche Bank et al, v. Eugene Moss, et al | Superior Court, County of New Castle, Maryland | Expert Report |
| 7/2013 | F-013537-12 | Wells Fargo Bank v. Cory Friedman, et al | Superior Court, Monmouth County, New Jersey | Expert Affidavit |
| 7/2013 | RE-09-00056 | BONY as Trustee, et al v. Robert J. McKenna, et al | District Court, State of Maine | Expert Affidavit |
| 8/2013 | 07-23468CA22 | Citigroup Global Markets v Melvin Brooks, Priority One CU | Circuit Court, Miami Dade County, Florida | Expert Affidavit |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 8/2013 | 10-32353CA23 | BONYM as Trustee et al v. Melissa M. Fung, et al | Circuit Court, Miami Dade County, Florida | Expert Report |
| 8/2013 | 10-32353CA24 | BONYM as Trustee et al v. Melissa M. Fung, et al | Circuit Court, Miami Dade County, Florida | Deposition Testimony |
| 8/2013 | 08-31733 | BONY as Trustee, et al v. Richard Von Houtman, et al | Circuit Court, Broward County, Florida | Expert Report |
| 9/2013 | 12-CV-311-HSO | Charles Neel et al v. Fannie Mae, et al | US District Court, Mississippi, Southern | Deposition Testimony |
| 10/2013 | 2009-CA-10636 | Deutsche Bank et al, v. Lori A. Pheasant, et al | Circuit Court, Collier County, State of Florida | Expert Report |
| 10/2013 | 12-00313 | Bank of America NA v. Fulcrum Enterprises LLC | US District Court, Texas, Southern | Expert Report |
| 10/2013 | 12054-08 | HSBC Bank USA NA et al v. Anibal Nieves, et al | Supreme Court, County of Nassau, New York | Expert Report |
| 10/2013 | SPRDC-RE-12-79 | US Bank NA v. Angie and Daniel Axelsen | District Court, State of Maine | Expert Affidavit |
| 10/2013 | 08-31733 | BONY as Trustee, et al v. Richard Von Houtman, et al | Circuit Court, Broward County, Florida | Deposition Testimony |
| 11/2013 | 131881/09 | Deutsche Bank, et al v. Lale Karakus, et al | Supreme Court, County of Richmond, New York | Expert Report |
| 12/2013 | 10-12490-shl | In re: America Sanchez | US Bankruptcy Court, New York, Southern Dist | Expert Report |
| 12/2013 | 12H77SP003422 | Fannie Mae v. Debra Brown | Housing Court, Commonwealth of Massachusetts | Expert Affidavit |
| 1/2014 | 001686/2006 | JPMorgan Chase Bank et al v. Frederick W Butler, et al | Supreme Court, County of Kings, New York | Trial Testimony |
| 1/2014 | 9054350 | Wells Fargo Bank NA et al, v. Robert A Kusher, et al | Circuit Court, Broward County, Florida | Expert Report |
| 2/2014 | | CitiMortgage et al, v. Gary R Parker, et al | Circuit Court, County of Kane, Illinois | Expert Affidavit |
| 3/2014 | 32528/2012 | US Bank NA v. Luc A Fednard, et al | Supreme Court, County of Suffolk, New York | Expert Report |
| 3/2014 | 13-20436 | In re:  Thomas Chennadu, Debtor | US District Court, Connecticut, Southern | Expert Affidavit |
| 4/2014 | 12-CV-311-HSO | Charles Neel et al v. Fannie Mae, et al | US District Court, Mississippi, Southern | Trial Testimony |

**Bernard Jay Patterson, CFE**
Case Listing

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 4/2014 | CV2012-903199 | Wells Fargo Bank na v. Geraldine W Smith | Circuit Court, County of Jefferson, Alabama | Expert Affidavit |
| 5/2014 | 12CV012528 | RBS Citizens NA v. Peter J Kondos, et al | Circuit Court, County of Milwaukee, Wisconsin | Expert Report |
| 5/2014 | 2012CV01230 | Deutsche Bank et al v. Melanie Fresch, et al | Court of Common Pleas, County of Portage, Ohio | Expert Affidavit |
| 5/2014 | F-010318-13 | US Bank as Trustee v Ira A Newman et al | Superior Court, New Jersey, Monmouth County | Expert Report |
| 5/2014 | 13CIV0436 | US Bank as Trustee et al, v. James E Davis, et al | Court of Common Pleas, County of Medina, Ohio | Expert Affidavit |
| 5/2014 | 010087/2010 | HSBC Bank USA NA et al v. John Clemente, et al | Supreme Court, New York, Suffolk County | Expert Affidavit |
| 5/2014 | 2012-CV-1282-G | Leslie Epps v. Bank of America, NA, et al | Superior Court, Massachusetts | Expert Affidavit |
| 5/2014 | 09-23239-RDD | In Re: Vincent Tavaglione | US Bankruptcy Court, New York, Southern Dist | Expert Report |
| 5/2014 | 02-54927 | Victor Faverty v Ocwen Loan Servicing | US Bankruptcy Court, Ohio, Northern District | Expert Report |
| 6/2014 | SUCV2013-04546B | FV-1 Inc et al v. Alison B Marlow, et al | Superior Court, Massachusetts | Expert Affidavit |
| 7/2014 | 12-01877-MJP | Penny Stafford v Suntrust Mortgage Inc et al | US District Court, Washington, Seattle | Expert Report |
| 7/2014 | 10-2-24157-4KNT | Kevin J Selkowitz v Litton Loan Servicing LP et al | Superior Court, Washington, King County | Expert Report |
| 7/2014 | 13-00233 | Ishee v Federal National Mtg Association et al | US District Court, Mississippi, Southern | Expert Report |
| 7/2014 | 13-00234 | Ishee v Federal National Mtg Association et al | US District Court, Mississippi, Southern | Deposition Testimony |
| 8/2014 | 150285/2014 | Adam Plotch v Wells Fargo Bank NA et al | Supreme Court, New York, Ricmond County | Expert Affidavit |
| 8/2014 | 2013-CA-1346 | Wells Fargo Bank v Lee Rohe and Susan Rohe | Circuit Court, Florida, Monroe County | Expert Affidavit |
| 8/2014 | 2013-CA-626-K | Deutsche Bank et al v. Cynthia Widmaier, et al | Circuit Court, Monroe County, Florida | Expert Report |
| 9/2014 | 13-42762MSH | Bello v Cenlar FSB | US Bankruptcy Court, Massachusetts, Central | Expert Report |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 9/2014 | 12-CV-3736-B | Dennis Farmer v Federal National Mtg Association et al | Superior Court, Massachusetts | Expert Affidavit |
| 9/2014 | CV-2012-902854 | Fletcher D Turner v CitiMortgage Inc | Circuit Court, Alabama, Mobile County | Expert Affidavit |
| 9/2014 | 9039/2009 | Aurora Loan Services LLC v Manuel Ang, et al | Supreme Court, New York, Queens County | Expert Affidavit |
| 9/2014 | 380369-2009 | HSBC Bank USA NA as Trustee et al vs. Mario Costanz, et al | Supreme Court, New York, Bronx County | Expert Report |
| 10/2014 | 13SBQ2791311-001 | Oliver Hendricks vs Fannie Mae | Land Court, Commonwealth of Massachusetts | Expert Affidavit |
| 10/2014 | CV110085 | David S Baumwohl v JPMorgan Chase Bank NA, et al | Superior Court, California, Mono County | Expert Report |
| 10/2014 | CV12-901839-EAF | Bank of New York Mellon, et al v Douglas E Arnold, et al | Circuit Court, Jefferson County, State of Alabama | Expert Affidavit |
| 10/2014 | | Karen L Amundsen v Deutsche Bank National, et al | Superior Court, Commonwealth of Massachusetts | Expert Report |
| 10/2014 | 12-20033 | PHH Mortgage Corp v. Douglas M Brame | US Bankruptcy Court, District of Maine | Expert Report |
| 10/2014 | BA11E0068QC | Lisa Jordan, Administrator v Aurora Loan Services LLC | Trial Court, Commonwealth of Mass. | Expert Affidavit |
| 10/2014 | 09-2-09456-8 | Walker v Quality Loan Service Corp, et al | Superior Court, State of Washington | Expert Report |
| 11/2014 | F-938466013 | Wells Fargo Bank as Trustee v Ernest Byers, et al | Superior Court, State of New Jersey, Essex County | Expert Report |
| 11/2014 | 95294 | Brian Stone et al v MERS, et al | Superior Court, State of Rhode Island | Expert Affidavit |
| 11/2014 | 13-1-239K | BONY as Trustee v Wilber Kum Yet Hehukai Chang, et al | Circuit Court, State of Hawaii, Third Circuit | Expert Report |
| 12/2014 | F-015924-14 | BONY as Trustee et al v Anil Narang, et al | Superior Court, State of New Jersey, Essex County | Expert Report |
| 12/2014 | 2014-CA-012353 | Wells Fargo Bank as Trustee et al v Alan S Klasfeld, et al | Circuit Court, State of Florida, County of Palm Beach | Expert Report |
| 12/2014 | 7758/2008 | BONY as Trustee, et al v Jade McQueen, et al | Supreme Court, State of New York, County of Kings | Expert Affidavit |
| 12/2014 | 12-900416 | Jonathan Sparkman, et al v Wells Fargo Bank, N.A., et al | Circuit Court, State of Alabama, County of Morgan | Expert Affidavit |

**Bernard Jay Patterson, CFE**
Case Listing

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 12/2014 | 350/2012 | US Bank NA as Trustee, et al v Hugh Duthie, et al | Supreme Court, State of New York, County of Kings | Trial Testimony |
| 12/2014 | 14-80672 | Novell, et al v Bank of America Corporation | United States District Court, Southern District of Florida | Expert Report |
| 12/2014 | 14-80672 | Novell, et al v Bank of America Corporation | United States District Court, Southern District of Florida | Deposition Testimony |
| 1/2015 | 18463-2013 | Ofelia Merino v HSBC Bank USA NA as Trustee, et al | Supreme Court, State of New York, County of Queens | Expert Report |
| 1/2015 | 010527/2012 | Wells Fargo Bank NA v Niles Webster, et al | Supreme Court, State of New York, County of Nassau | Trial Testimony |
| 2/2015 | 14-06038 | Summerlin Asset Management et al. v. Daniolo P Orolfo et al | United States District Court, Eastern District of New York | Expert Report |
| 2/2015 | F-018731-14 | US Bank as Trustee et al, v Jin Choi, et al | Superior Court, State of New Jersey, Bergen County | Expert Report |
| 3/2015 | 26418/2007 | Deutsche Bank as Trustee et al, v Amy Dostaly, et al | Supreme Court, State of New York, County of Kings | Expert Report |
| 3/2015 | 50023/2009 | JPMorgan Chase Bank et al v. Louis Corti, et al | Supreme Court, State of New York, County of Suffolk | Expert Affidavit |
| 3/2015 | 14630/2013 | Nationstar Mortgage LLC v Christopher Wong | Supreme Court, State of New York, County of Nassau | Expert Affidavit |
| 3/2015 | 14-62137 | Robert Burdick v. Bank of America, NA, et al | United States District Court, Southern District of Florida | Expert Report |
| 4/2015 | 12492/12 | US Bank NA as Trustee, et al v Soledad Murillo, et al | Supreme Court, State of New York, County of Nassau | Trial Testimony |
| 4/2015 | 32749/2013 | US Bank Bank as Trustee, et al v. Joseph Raise, et al | Supreme Court, State of New York, County of Rockland | Expert Report |
| 4/2015 | 5676/10 | Aurora Loan Services LLC v Salomon Cabessa et al | Supreme Court, State of New York, County of Rockland | Expert Report |
| 4/2015 | CV2013-9000061 | Deutsche Bank as Trustee, et al v Christopher Baxter, et al | Circuit Court, State of Alabama, County of Blount | Expert Affidavit |
| 5/2015 | 13-00543 | John W Howard, et al v CitiMortgage Inc., et al | United States District Court, Southern District of Mississippi | Expert Report |
| 5/2015 | 13-00602 | Leticia Lucero v Cenlar FSB et al | United States District Court, Western District of Washington | Expert Affidavit |
| 5/2015 | 14-62137 | Robert Burdick v. Bank of America, NA, et al | United States District Court, Southern District of Florida | Deposition Testimony |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 6/2015 | CV2013-900104 | Wells Fargo Bank NA v. Michael Garber | Circuit Court, State of Alabama, Winston Cty | Expert Affidavit |
| 6/2015 | 13-2008-067540 | BONY as Trustee et al v. Donny Marin, et al | Circuit Court, State of Florida, Miami-Dade | Expert Affidavit |
| 6/2015 | 12-469212 | Heather Campbell et al v. FNMA, et al | Land Court, Commonwealth of Massachusetts | Expert Affidavit |
| 7/2015 | CV14090621 | PennyMac Corp v Corbett | Circuit Court, State of Oregon | Expert Affidavit |
| 7/2015 | 1302-02516 | Wilmington Trust Co et al, v Derek Cox, et al | Circuit Court, State of Oregon | Expert Affidavit |
| 7/2015 | CV13030476 | HSBC Bank USA NA as Trustee v Richard Grow, et al | Circuit Court, State of Oregon | Expert Affidavit |
| 7/2015 | CV13030009 | US Bank NA et al v. Dean Phillips, et al | Circuit Court, State of Oregon | Expert Affidavit |
| 8/2015 | 2014CA000703 | US Bank NA, et al v SEB Enterprice, LLC, et al | Circuite Court, State of Florida, Miami-Dade | Expert Report |
| 8/2015 | 63CV2014901412 | Capital Income et al v. Daryl Spencer, et al | Circuit Court, State of Alabama, Tuscaloosa | Expert Affidavit |
| 9/2015 | CV-2013-1881 | WGB LLC v Philip Bowling, et al | United States District Court, Northern District of Alabama | Expert Report |
| 9/2015 | CV-2013-1882 | WGB LLC v Philip Bowling, et al | United States District Court, Northern District of Alabama | Deposition Testimony |
| 9/2015 | 14CV16406 | HSBC Bank USA NA as Trustee et al v. Huse Fazlic, et al | Circuit Court, County of Multnomah, Oregon | Expert Affidavit |
| 10/2015 | 15-06021 | Randolph et al v Greentree Servicing LLC | United States Bankruptcy Court, Western District of Virginia | Expert Report |
| 12/2015 | 32528/2012 | US Bank as Trustee v Luc A Fednard, et al | Supreme Court, County of Suffolk, New York | Expert Affidavit |
| 12/2015 | 1212-16328 | County of Multnomah Oregon  v MERS | Circuit Court, County of Multnomah, Oregon | Expert Engagement |
| 12/2015 | 8097/2008 | Chase Home Finance v Kevin Loomis et al | Supreme Court, County of Suffolk, New York | Expert Affidavit |
| 1/2016 | CV 14 834511 | Fifth Third Mortgage Co v Cynthia V Hunter, et al | Court of Common Pleas, Cuyahoga County, State of Ohio | Trial Testimony* |
| 1/2016 | 13 2008 CA 059791 | BONY as Trustee et al, v SSG Worldwide & Nathalian Malo | Circuit Court, Miami Dade County, Florida | Deposition Testimony Trial Testimony |
| 1/2016 | 20344/2012 | JPMorgan Chase v Kellan Waverly, et al | Supreme Court, County of Kings, New York | Expert Affidavit |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 1/2016 | 15-01374 | Candace Ironhawk et al v Bank2 & Dovenmuehle | United States District Court, District of Oregon | Expert Affidavit |
| 1/2016 | CIV 531332 | John Thurrell et al v Wells Fargo Bank NA, et al | Superior Court, County of San Mateo, State of California | Expert Affidavit |
| 2/2016 | 12CV012528 | RBS Citizens NA v. Peter J Kondos, et al | Circuit Court, Milwaukee County, State of Wisconsin | Expert Report |
| 2/2016 | 15CV11356 | Federal National Mortgage Association v Timonty Colfelt; RENX Group LLC, et al. | Circuit Court, County of Columbia, State of Oregon | Expert Affidavit |
| 2/2016 | F-0224030-14 | Wells Fargo Bank NA v. Naresh G Gidwani, et al | Superior Court, County of Middlesex, State of New Jersey | Expert Report |
| 3/2016 | 501557/2015 | Wells Fargo Bank NA as Trustee, et al vs Cecilia Adebola, et al | Supreme Court, County of Kings, New York | Expert Affidavit |
| 3/2016 | 8974/2009 | Federal National Mortgage Association v Karl Seper, et al | Supreme Court, County of Nassau, New York | Expert Affidavit |
| 4/2016 | 30-2015-00827200 | Maria Christine Jose v Carrington Mortgage Services LLC | Superior Court, County of Orange, State of California | Expert Affidavit |
| 4/2016 | 1307-10642 | Nationstar Mortgage LLC v Lisa K Stonebridge | Circuit Court, County of Yamhill, State of Oregon | Expert Affidavit |
| 4/2016 | 146/2010 | GMAC Mortgage LLC v Sheila B Shalmoni, et al | Supreme Court, County of Kings, New York | Expert Affidavit |
| 5/2016 | 15CV00280 | Stephen A Penner, et al v. Wells Fargo Bank, NA, et al | Superior Court, County of Santa Barbara, State of California | Expert Affidavit |
| 5/2016 | 1416-CV06988 | James Levitt, et al v. Citimortgage Inc., et al | Circuit Court, County of Jackson, State of Missouri | Deposition Testimony |
| 6/2016 | 14-23184 | In Re:  Francine Silva, Debtor | United States Bankruptcy Court, Southern District of New York | Expert Affidavit |
| 7/2016 | SC123563 | Stephen H Powers v PHH Mortgage Corporation, et al | Superior Court, County of Los Angeles, State of California | Expert Affidavit |
| 7/2016 | 15-05139 | Michael Paul Free, et al v. Deutsche Bank Trust Company Americas, as Trustee, et al | United States District Court, Western District of Washington | Expert Report |
| 7/2016 | 031319/2016 | Malka Neustadt v Bayview Loan Servicing et al | Supreme Court, County of Rockland, State of New York | Expert Affidavit |
| 7/2016 | 15-04842 | Fannie Mae et al v. Roxann Reynolds Cheek, et al | United States Bankruptcy Court, Northern District of Alabama | Expert Affidavit |
| 8/2016 | CV-2015-900218 | Ventures Capital Trust 2013-I-NH v. Fred David Hall, et al | Circuit Court, Mobile County, State of Alabama | Expert Affidavit |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 8/2016 | CIV 531332 | John Thurrell et al v Wells Fargo Bank NA, et al | Superior Court, County of San Mateo, State of California | Deposition Testimony |
| 8/2016 | 8030/2012 | Bank of America et al v. Judah Liberman, et al | Supreme Court, County of Kings, State of New York | Expert Affidavit |
| 9/2016 | CV2015-902808 | BGK Investments Inc v Elaine Martin | Circuit Court, County of Jefferson, State of Alabama | Expert Affidavit |
| 9/2016 | | Christopher Turner v Huntington National Bank | Court of Common Pleas, County of Mahoning, State of Ohio | Expert Affidavit |
| 10/2016 | 16-cv-00101 | Stephen Yuszczak et al v. DLJ Mortgage Capital Inc, et al | United States District Court, District of Rhode Island | Expert Affidavit |
| 10/2016 | 14-CA-741 | US Bank NA, et al v. C. David Peacock, et al | Circuit Court, County of Walton, State of Florida | Expert Report |
| 10/2016 | 15-CV-2430 | Peter A Bayer, et al v. Nationstar Mortgage LLC, et al | United States District Court, District of Arizona | Expert Report |
| 10/2016 | CV-14-000275 | Pamela J. Shedd v. Wells Fargo Bank NA, et al | United States District Court, Southern District of Alabama | Expert Report |
| 11/2016 | 1416-CV06988 | James Levitt, et al v. Citimortgage Inc., et al | Circuit Court, County of Jackson, State of Missouri | Trial Testimony |
| 11/2016 | 16-cv-00195 | Mark A Bowen v Ditech Financial LLC, et al | United States District Court, District of Maine | Expert Report |
| 11/2016 | RE-11-20 | US Bank NA as Trustee for RASC2005-KS9 v Thomas Manning | State Court, County of Cumberland, State of Maine | Expert Affidavit |
| 11/2016 | CV-15070620 | Wells Fargo Bank NA v. Todd Tomlinson, et al | Circuit Court, County of Clackamas, State of Oregon | Expert Affidavit |
| 12/2016 | 16-cv-00120 | Nick P Allen, et al V Ocwen Loan Servicing LLC et al | United States District Court, Western District of Missouri | Expert Report |
| 12/2016 | 14-23209 | Maria Williams, Debtor | United States Bankruptcy Court, Southern District of New York | Expert Report |
| 12/2016 | 12-38811-CA-01 | HSBC Bank USA NA as Trustee, et al v. Joseph T Buset, et al. | Circuit Court, Eleventh Judicial Circuit, Count of Miami-Dade, State of Florida | Expert Affidavit |
| 1/2017 | 850116/2014 | US Bank NA as Trustee, et al V Nilufar Hossain, et al | Supreme Court, County of New York, State of New York | Expert Affidavit |
| 1/2017 | 15-00114-5-SWH | Sofia Alvarez, et al v. PNC Bank NA, et al. | United States Bankruptcy Court, Eastern District of North Carolina | Expert Report |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 1/2017 | 14-23209 | Maria Williams, Debtor | United States Bankruptcy Court, Southern District of New York | Deposition Testimony |
| 2/2017 | 15-cv-1164 | Monette E Saccameno v Ocwen Loan Servicing, et al | United States District Court, Northern District of Illinois | Expert Report |
| 2/2017 | 16-cv-00970 | Sakorn Sumedhatip v Bayview Loan Servicing, et al | United States District Court, District of Nevada | Expert Report |
| 3/2017 | 14-cv-00479 | Sandy Smith v Bank of America, et al | United State District Court, Southern District of Texas | Expert Report |
| 3/2017 | 15-cv-1164 | Monette E Saccameno v Ocwen Loan Servicing, et al | United States District Court, Northern District of Illinois | Deposition Testimony |
| 3/2017 | 16-cv-1754 | Noel Goble, et al v Carrington Mortgage Services LLC | United States District Court, Northern District of Ohio | Expert Report |
| 3/2017 | 02-CV-2014-903236 | NRS Pass Through Trust I et al vs. Jacquelyn L Patronas, et al | Circuit Court, State of Alabama, County of Mobile | Expert Affidavit |
| 3/2017 | 63-CV-2014-901412 | Capital Income et al v. Daryl Spencer, et al | Circuit Court, State of Alabama, County of Tuscaloosa | Expert Affidavit |
| 3/2017 | 14-12954-jlg | In Re:  Victoria Garrido | United States Bankruptcy Court, Southern District of New York | Expert Affidavit |
| 4/2017 | 13-01069 | Allana Baroni v. Nationstar Mortgage LLC et al | United State Bankruptcy Court, Central District of California | Expert Report |
| 5/2017 | CJ-2007-1364 | LSF9 Master Participation Trust v Mark Paul Hall, et al | District Court, State of Oklahoma, County of Oklahoma | Expert Affidavit |
| 6/2017 | PORSC-RE-2016-221 | US Bank NA v John S. Menz, et al | Superior Court, State of Maine | Expert Affidavit |
| 6/2017 | 16-cv-00970 | Sakorn Sumedhatip v Bayview Loan Servicing, et al | United States District Court, District of Nevada | Deposition Testimony |
| 6/2017 | 62-CV-13-5336 | JP Morgan Chase Bank v Am Trust Bank, et al | District Court, State of Minnesota, County of Ramsey | Expert Report |
| 8/2017 | 15-CV-24585 | United States of America et al v. Bank of America Corporation | United States District Court, Southern District, State of Florida | Expert Report |
| 8/2017 | 15-CV-24585 | United States of America et al v. Bank of America Corporation | United States District Court, Southern District, State of Florida | Expert Report-Rebuttal |
| 9/2017 | 17-00022 | Remington v Ditech Financial, LLC | United States Bankruptcy Court, District of Maryland | Expert Report |
| 9/2017 | 15-CV-24585 | United States of America et al v. Bank of America Corporation | United States District Court, Southern District, State of Florida | Deposition Testimony |

**Bernard Jay Patterson, CFE**
Case Listing

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 10/2017 | 2014-CA-012353 | Wells Fargo Bank NA as trustee, et al vs Alan S. Klasfeld, et al | Circuit Court, Fifteenth Judicial Circuit, Palm Beach County, State of Florida | Trial Testimony |
| 10/2017 | 32806/2016E | The Bank of New York Mellon et al v. Mark Johnson, et al | Supreme Court, County of Bronx, State of New York | Expert Affidavit |
| 12/2017 | 15-22408 | In re: Kemone Francis | United States Bankruptcy Court, Southern District of New York | Expert Affidavit |
| 12/2017 | 15-28519-JDL | In re:  Thomas Rickey Dailey, Debtor | United States Bankruptcy Court, Western District of Tennessee | Expert Report |
| 12/2017 | 12-04642 | In Re:  Jerry Michael Tramell, et al, Debtors | United States Bankruptcy Court, Northern District of Alabama | Expert Report |
| 12/2017 | 2016-030551-CA-01 | Pennymac Holdings LLC v Martha Valencia, et al | Circuit Court, Eleventh Judicial Circuit, Count of Miami-Dade, State of Florida | Expert Report |
| 12/2017 | 17-08277 | Heing Gonzalez v. Nationstar Mortgage LLC | United States Bankruptcy Court, Eastern District of New York | Expert Affidavit |
| 1/2018 | 16-ap-07078 | Jerry W Musteen et al v Carrington Mortgage Services LLC | United States Bankruptcy Court, Western District of Arkansas | Expert Affidavit |
| 2/2018 | RE-11-20 | US Bank NA as Trustee for RASC2005-KS9 v Thomas Manning | State Court, County of Cumberland, State of Maine | Trial Testimony |
| 2/2018 | 16-CV-00219 | Walter mcGahey v. Federal National Mortgage Association and PHH Mortgage corp | United States District Court, District of Maine | Expert Report |
| 3/2018 | 17-40457 | In re:  Arthur L Fisher and Pamela L Fisher, Debtors | United States Bankruptcy Court, Northern District of Ohio | Expert Report |
| 4/2018 | 15-CV-1164 | Monette E Saccameno v Ocwen Loan Servicing, et al | United States District Court, Northern District of Illionois | Trial Testimony-Jury |
| 5/2018 | N15L-03-108 CLS | The Bank of New York Mellon et al v. J. M. Shrewsbury, et al | Superior Court, State of Delaware | Expert Report |
| 5/2018 | 34954/2012 | US Bank NA as Trustee, et al v. Joshua L. Gottlieb | Supreme Court, County of Suffolk, New York | Expert Affidavit |
| 5/2018 | CJ-17-61 | Uban Financial REO, LLC v. Betty Atwood, et al | District Court, County of Nowata, State of Oklahoma | Expert Affidavit |
| 8/2018 | 17-01807 | Matthew J Kallin v JPMorgan Chase Bank NA | United States District Court, Eastern District of Wisconsin | Expert Report |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 8/2018 | 13-07031 | Jose Trevino et al v. Caliber Home Loans, Inc. | United States Bankruptcy Court, Southern District of Texas | Expert Report |
| 8/2018 | 34954/2012 | US Bank NA as Trustee, et al v. Joshua L. Gottlieb | Supreme Court, County of Suffolk, New York | Trial Testimony |
| 8/2018 | 12-10986 | Allana Baroni v. Nationstar Mortgage LLC et al | United States Bankruptcy Court, California, Central District | Deposition |
| 10/2018 | 18-00143 | Marion F Egler v. US Bank NA as Trustee, et al | United States District Court, Eastern District of North Carolina | Expert Report |
| 10/2018 | 17CV00876 | Michael T. Bennett v. US Bank NA as Trustee, et al | Superior Court, County of Santa Barbara, State of California | Expert Affidavit |
| 10/2018 | 12-10986 | Allana Baroni v. Nationstar Mortgage LLC et al | United States Bankruptcy Court, California, Central District | Trial Testimony |
| 11/2018 | 2017 CA 004333 | Nationstar Mortgage v Michael F. Flood, et al | Superior Court, District of Columbia | Expert Report |
| 12/2018 | 12-03536 | Richard J Miles III v. Rounpoint Mortgage Servicing Corp., et al | United States Bankruptcy Court, Southern District of Alabama | Expert Report |
| 1/2019 | 17-00969 | County of Clackamas et al v MERS, et al | United States District Court, District of Oregon | Expert Affidavit |
| 1/2019 | 17-00969 | County of Clackamas et al v MERS, et al | United States District Court, District of Oregon | Expert Report |
| 1/2019 | 18CA013901 | HSBC Bank USA NA as Trustee, et al v. Kathleen A. Ryan, et al | Circuit Court, County of Palm Beach, State of Florida | Expert Report |
| 1/2019 | 18-75904 | In Re:  Joann Kolnberger | United States Bankruptcy Court, Eastern District of New York | Expert Affidavit |
| 2/2019 | 13-15527 | In Re:  Marshall Sylver | United States Bankruptcy Court, District of Nevada | Expert Report |
| 2/2019 | 16-07078 | Musteen v. Carrington Mortgage Services | United States Bankruptcy Court, Western District of Arkansas | Expert Report Trial Testimony |
| 3/2019 | 18-14025 | In Re:  Carl M. Dickson | United States Bankruptcy Court, Western District of Wisconsin | Expert Affidavit |
| 4/2019 | 17-00466 | Polanco v. HSBC Bank USA NA, et al. | United States District Court, Western District of North Carolina | Expert Report |
| 4/2019 | 19CV44032 | Christopher Dufresne, et al v. JPMorgan Chase Bank NA, et al | Superior Court, County of Calaveras, State of California | Expert Affidavit |
| 5/2019 | 17-00466 | Polanco v. HSBC Bank USA NA, et al. | United States District Court, Western District of North Carolina | Deposition |

**Bernard Jay Patterson, CFE**
Case Listing

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 5/2019 | 2018 CA 000158 | FNMA v. George Stephen Lakner | Superior Court, District of Columbia | Expert Report |
| 6/2019 | C17-01031 | Saviour Azzopardi v. Deutsche Bank as Trustee, et al | Superior Court, County of Contra Costa, State of California | Expert Report |
| 7/2019 | 18-420 | Karl L Granzow v. Wilmington Trust, et al | United States Bankruptcy Court, District of Maryland | Expert Report |
| 7/2019 | SCV 264221 | Linda J. Moore v Ocwen Loan Servicing, et al | Superior Court, County of Sonoma, State of California | Expert Affidavit |
| 7/2019 | 18-00254 | David St. Amour v. Federal Home Loan Mortgage Corp, et al. | United States District Court, District of Rhode Island | Expert Affidavit |
| 8/2019 | 13-07031 | Jose Trevino et al v. Caliber Home Loans, Inc. | United States Bankruptcy Court, Southern District of Texas | Trial Testimony |
| 9/2019 | 16-03148 | Cristina Angelina Neria v. Wells Fargo Bank, N.A., et al. | United States Bankruptcy Court, Northern District of Texas | Expert Report |
| 12/2019 | 14-32911 | Cristina Angelina Neria v. Wells Fargo Bank, N.A., et al. | United States Bankruptcy Court, Northern District of Texas | Expert Affidavit |
| 12/2019 | 14-41923 | In Re:  Thomas Hoffman | United States Bankruptcy Court, Northern District of Ohio | Expert Affidavit |
| 12/2019 | C17-01031 | Saviour Azzopardi v. Deutsche Bank as Trustee, et al | Superior Court, County of Contra Costa, State of California | Expert Affidavit |
| 1/2020 | 0 | Chrisopher Blake v Nationstar Mortgage LLC, et al | Superior Court, County of Orange, State of California | Expert Affidavit |
| 1/2020 | 2016-33024-CA-01 | US Bank NA v. Peru Star LLC, et al | Circuirt Court, 11th District, Miami-Dade County Florida | Expert Affidavit |
| 1/2020 | 18-420 | Karl L Granzow v. Wilmington Trust, et al | United States Bankruptcy Court, District of Maryland | Deposition |
| 2/2020 | CJ-2017-03262 | Fisher v PHH Mortgage Corporation | District Court in and for Tulsa County, State of Oklahoma | Deposition |
| 2/2020 | 2013-27149-CA-21 | Ricardo A. Rivas, et al v. JPMorgan Chase Bank NA | Circuit Court, 11th District, Miami-Dade County Florida | Expert Affidavit |
| 2/2020 | 2:19-cv-0085-JMS-DLP | Roger Todd v. Ocwen Loan Servicing Inc., et al | United States District Court, Souther District of Indiana | Expert Affidavit |
| 3/2020 | 2:16-CV-01718-raj | Keith Hunter, et al v. Bank of America, N.A., et al | United States District Court, Western District of Washington | Expert Report |
| 3/2020 | L-3764-17 | Willoughby, et al v. DB50-2007-1 Trust, et al | Superior Court, State of New Jersey | Expert Report |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 5/2020 | 18-cd-05262 | Gillin, et al v. Bayview Loan Servicing LLC, et al | United States District Court, Eastern District of Pennsylvania | Expert Report |
| 5/2020 | 09-65171 | In re:  William K. Haines Jr., et al | United States Bankruptcy Court, Northern District of Ohio | Expert Affidavit |
| 5/2020 | 18-420 | Karl L Granzow v. Wilmington Trust, et al | United States Bankruptcy Court, District of Maryland | Expert Affidavit |
| 8/2020 | CV-2019-901361 | S Todd Williams, et al v. Specialized Loan Servicing LLC | Circuit Cour of Jefferson County, Alabama | Expert Affidavit |
| 8/2020 | 19CI000415 | U.S. Bank as Trustee for NRZ Past Through Trust XIV v. John S. Baxter, et al | Court of Common Please, Ross County, Ohio | Expert Affidavit |
| 8/2020 | 01-20-0000-0259 | Jose Trevino et al v. Select Portfolio Services, Inc., et al | United States Bankruptcy Court, Southern District of Texas | Expert Report |
| 9/2020 | 19-1279-LPS-JOH | Dean Zinetti, et al v. Deutsche Bank National Trust Company, as Trustee, et al & Ocwen Loan Servicing LLC | United States District Court, District of Delaware | Expert Report |
| 9/2020 | 18-23693 | In re:  Shirley Monica Bruce | United States Bankruptcy Court, Southern District of New York | Expert Report |
| 9/2020 | 20-cv-00229 | Esther Lopez v. LoanCare; New Rez, et al. | United States District Court, District of Nevada | Expert Report |
| 10/2020 | 01-20-0000-0259 | Jose & Teresa Trevino vs. Select Portfolio Servicing, et al. | American Arbitration Association | Arbitration Expert Testimony |
| 11/2020 | 16-03148 | Christina Angelina Neria v. Wells Fargo Bank, NA, et al | United States Bankruptcy Court, Northern District of Texas | Trial Testimony - Daubert |
| 11/2020 | 19-80708 | In Re:  Andrew B. Smith, Debtor | United States Bankruptcy Court, Middle District of Alabama | Expert Affidavit |
| 12/2020 | 17-51128 | In Re:  James Blake Sibley, et al. | United States Bankruptcy Court, Northern District of California | Expert Affidavit |
| 4/2021 | 20-03327 | Rafeeq Ahmed v. West Coast Servicing Inc., et al. | United States District Court, Eastern District of Pennsylvania | Expert Report |
| 4/2021 | L-3764-17 | FRT 2011-1 Trust v Tamilyn Willoughby v. DB50-2007-1 Trust, et al. | Superior Court, State of New Jersey | Deposition Testimony |
| 4/2021 | 20-02735 | Dennis Halfpenny, et al v. Nationstar Mortgage LLC and SN Servicing Corporation | United States District Court, Northern District of Illionois | Expert Report |
| 4/2021 | L-003544-19 | TD Bank N.A. v. Paterson Medical Plaza, et al. | Superior Court of New Jersey | Expert Affidavit |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 5/2021 | 2018-037059-CA-01 | The Bank of New York as Trustee, et al v. Julie Nicolas, et al | Circuit Court, Eleventh Judicial Circuit, Count of Miami-Dade, State of Florida | Trial Testimony |
| 5/2021 | 2018-037059-CA-01 | The Bank of New York as Trustee, et al v. Julie Nicolas, et al | Circuit Court, Eleventh Judicial Circuit, Count of Miami-Dade, State of Florida | Expert Affidavit |
| 5/2021 | 2016-33024-CA-01 | US Bank National Association as Trustee, et al v. Peru Star, LLC, et al | Circuit Court, Eleventh Judicial Circuit, Count of Miami-Dade, State of Florida | Expert Affidavit |
| 6/2021 | 19-03023 | Joseph Michael Black, et al v. Wells Fargo Bank | United States Bankruptcy Court, Middle District of Alabama | Expert Report |
| 6/2021 | RG18910729 | Carole Neal v. Wells Fargo Bank, et al | Superior Court, State of California, County of Alameda | Expert Affidavit |
| 6/2021 | 16-03148 | Cristina Angelina Neria v. Wells Fargo Bank, N.A., et al. | United States Bankruptcy Court, Northern District of Texas | Trial Testimony |
| 7/2021 | 21-05008 | Cale, et al v. Select Portfolio Servicing Inc., et al | United States Bankruptcy Court, Northern District of Ohio | Expert Report |
| 7/2021 | 20-00709 | Sabree v Pennymac Holdings LLC, et al | Unite States District Court, Western District of North Carolina | Expert Report |
| 8/2021 | 16-08254 | Racanelli v. Bank of America, N.A. et al | United States Bankruptcy Court, Souther District of New York | Expert Report |
| 8/2021 | PC-2020-05883 | Blue Water Investments LLC v RI Property Wire LLC | Superior Court, State of Rhode Island | Expert Affidavit |
| 8/2021 | 2018-CA-013901 | HSBC Bank USA NA et al, v Kathleen A Ryan, et al | Circuit Court, Fifteenth Judicial Circuit, Palm Beach County, State of Florida | Deposition |
| 9/2021 | 19-01279-LPS-JLH | Dean Zinetti, et al v. Deutsche Bank National Trust Company, as Trustee, et al & Ocwen Loan Servicing LLC | United States District Court, District of Delaware | Deposition |
| 9/2021 | 09-33148 | Joseph Michael Black, et al v. Wells Fargo Bank | United States Bankruptcy Court, Middle District of Alabama | Deposition |
| 12/2021 | 20-cv-04467-PD | Elizabeth Panzarella, et al v. Rushmore Loan Management Services, LLC | United States District Court, Eastern District of Pennsylvania | Expert Report |
| 12/2021 | 2:16-CV-01718-raj | Keith Hunter, et al v. Bank of America, N.A., et al | United States District Court, Western District of Washington | Deposition |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|------|----------|-----------|-------|------|
| 12/2021 | 21-DV-04859 | Julio Bernal et al v. Lakeview Loan Servicing LLC, et al. | United States District Court, Central District of California | Expert Report |
| 2/2022 | 20-cv-04467-PD | Elizabeth Panzarella, et al v. Rushmore Loan Management Services, LLC | United States District Court, Eastern District of Pennsylvania | Deposition |
| 2/2022 | 16-1-177-09 | Assn of Apt Owners of Plumeria Hale v Jeremy L Warta, et al | Circuit Court of the First Circuit, State of Hawaii | Expert Report |
| 3/2022 | 20-cv-02735 | Dennis Halfpenny, et al v. Nationstar Mortgage LLC and SN Servicing Corporation | United States District Court, Northern District of Illionois | Deposition |
| 4/2022 | 18-cv-3844 | Demona Freeman v. Ocwen Loan Servicing LLC, et al. | United States District Court, Southern District of Indiana | Expert Report |
| 4/2022 | 20-cv-00766 | Mark A. Mack v. Specialized Loan Servicing LLC, et al. | United States District Court, Eastern District of Texas | Expert Report |
| 4/2022 | | Kimara Himchak, et al v. Beneficial New Jersey, et al | Superior Court of New Jersey | Expert Affidavit |
| 8/2022 | 19-ap-00218 | Brenda M Fletcher v US Bank-Ocwen Loan Servicing LLC, et al | United States Bankruptcy Court, District of Maryland | Expert Report |
| 9/2022 | 19-ap-00218 | Brenda M Fletcher v US Bank-Ocwen Loan Servicing LLC, et al | United States Bankruptcy Court, District of Maryland | Deposition |
| 9/2022 | F000103-22 | BCMB1 Trust v. Laura A Tirado, et al | Superior Court of New Jersey | Expert Affidavit |
| 11/2022 | F08534-20 | Wilmington Saving Fund Society, et al v. Luisa Ponce, et al. | Superior Court of New Jersey | Expert Affidavit |
| 1/2023 | F000189-22 | Deutsche Bank as Trustee, et al v Josephat Okeke, et al | Superior Court of New Jersey | Expert Affidavit |
| 3/2023 | 441428-V | Donna Kemp et al v. Nationstar | Circuirt Court, Montgomery County, State of Maryland | Expert Report |
| 7/2023 | 22-00522 | In re: Kristy A. Bautista-Harris | United States Bankruptcy Court, Middle District of Florida | Deposition |
| 7/2023 | 2016-030551-CA-20 | Pennymac Holdings LLC v Martha Valencia, et al | Circuit Court, Eleventh Judicial Circuit, Count of Miami-Dade, State of Florida | Expert Affidavit |
| 8/2023 | 20-1776 | Verdecias v. BSI Financial Services | United States District Court, Eastern District of Wisconsin | Expert Report |
| 9/2023 | 21-01972 | Fox v. Statebridge, et al | United States District Court, District of Maryland | Expert Report |
| 9/2023 | 2022CV0000053 | CRS Properties v William Mossuto et al | Circuit Court, State of Wisconsin | Affidavit |

**Bernard Jay Patterson, CFE**
**Case Listing**

| Date | Case No. | Case Name | Court | Type |
|---|---|---|---|---|
| 9/2023 | C21-0006RSL | Julian Flores, et al v. Wells Fargo Bank, N.A. | United States District Court, Western District, State of Washington | Expert Report |
| 10/2023 | F-1483-22 | HG Recovery Fund I LLC v Jimenez | Superior Court of New Jersey | Expert Report |
| 1/2024 | 002129-23 | Wells Fargo Bank as Trustee, et al v. Bahaa Shaker, et al | Superior Court of New Jersey | Expert Report |
| 1/2024 | 3:22-cv-00084 | Francis J. Castro v. Nationstar Mortgage LLC | United States District Court, Middle District, State of Tennessee | Expert Report |
| 1/2024 | 23-1175AC | Richard Welsh, et al v. NS193, LLC and Statebridge Co LLC | Chancery Court, Jackson County, State of Mississippi | Expert Affidavit |
| 2/2024 | 2022-903399 | Transam Holdings LLC v. Calvin Brown | Circuit Court, Jefferson County, State of Alabama | Expert Affidavit |
| 3/2024 | 002129-23 | Wells Fargo Bank as Trustee, et al v. Bahaa Shaker, et al | Superior Court of New Jersey | Deposition |
| 3/2024 | 23-01039 | Sonia Lopez v. Unified Mortgage Service, et al. | United States Bankruptcy Court, Eastern District of California | Expert Report |
| 3/2024 | 23-00002 | Janice Ray Owens v. Newrez LLC, et al. | United States Bankruptcy Court, Eastern District of North Carolina | Expert Report |
| 4/2024 | 21-00048 | Judy Williams v Renasant Bank | United States Bankruptcy Court, Northern District of Alabama | Expert Affidavit |
| 5/2024 | 23-00002 | Janice Ray Owens v. Newrez LLC, et al. | United States Bankruptcy Court, Eastern District of North Carolina | Deposition |
| 7/2024 | 22 CA 000220 | Fifth Third Bank NA v. Michael J. Brady, et al | Circuit Court, Twentieth Judicial District, Lee County, State of Florida | Expert Affidavit |
| 7/2024 | 23-01010 | Home Deals of Maine, LLC v. US Bank NA as Trustee, et al. | United States Bankruptcy Court, District of Maine | Expert Report |
| 9/2024 | 22-06262 | Peter Feldman v. Deutsch Bank et al and PHH, et al. | United States District Court, Eastern District of New York | Expert Report |

**ADDENDUM TO CV and CASE LISTING**

\* expert testimony was stricken in case in post trial ruling.

\*\* an order was entered on 07/30/2014 in BONY v Donny Marin, et al - Case No: 08-67540CA04659 in the Circuit Court - 11th Judicial Circuit - Miami-Dade Florida striking expert witness disclosure due to irrelevant expertise. The designation, motion to strike, hearing, and order were all done without my knowledge. I was made aware of this order in August 2021. The attorney in the case did not hire me or notify me. I have hired counsel and in the process of re-opening this case to correct the record as well as filing any necessary corrections to previous testimony.