# EXHIBIT "2"

**CORPORATE ADVANCE HISTORY RECONCILIATION**

| Line # | Date | Code | Code Description: | Amount | Balance | Open | Closed |
|---|---|---|---|---|---|---|---|
| 1 | 1/1/2019 | | Beg Bal | | $0.00 | | |
| 2 | 6/24/2019 | 630 | Corp Adv Disb | $150.00 | $150.00 | $150.00 | |
| 3 | 7/3/2019 | 631 | Corp Adv Disb | $20.00 | $170.00 | | $20.00 |
| 4 | 8/12/2019 | 630 | Corp Adv Disb | $250.00 | $420.00 | $250.00 | |
| 5 | 8/12/2019 | 630 | Corp Adv Disb | $500.00 | $920.00 | $500.00 | |
| 6 | 9/10/2019 | 601 | Advance Recovery | $20.00 | $940.00 | | $20.00 |
| 7 | 9/10/2019 | 766 | Corp Adv Deposit | ($20.00) | $920.00 | | ($20.00) |
| 8 | 10/30/2019 | 630 | Corp Adv Disb | $500.00 | $1,420.00 | $500.00 | |
| 9 | 11/12/2019 | 630 | Corp Adv Disb | $150.00 | $1,570.00 | | $150.00 |
| 10 | 12/23/2019 | 766 | Corp Adv Deposit | ($150.00) | $1,420.00 | | ($150.00) |
| 11 | 12/23/2019 | 601 | Corp Adv Disb | $150.00 | $1,570.00 | | $150.00 |
| 12 | 1/1/2020 | | Balance Adjustment | ($170.00) | $1,400.00 | | ($170.00) |
| 13 | 1/7/2020 | 630 | Corp Adv Disb | $500.00 | $1,900.00 | | $500.00 |
| 14 | 1/23/2020 | 630 | Corp Adv Disb | $150.00 | $2,050.00 | | $150.00 |
| 15 | 2/25/2020 | 630 | Corp Adv Disb | $500.00 | $2,550.00 | | $500.00 |
| 16 | 2/25/2020 | 601 | Corp Adv Disb | $150.00 | $2,700.00 | | $150.00 |
| 17 | 2/25/2020 | 766 | Corp Adv Deposit | ($500.00) | $2,200.00 | | ($500.00) |
| 18 | 2/25/2020 | 766 | Corp Adv Deposit | ($150.00) | $2,050.00 | | ($150.00) |
| 19 | 2/26/2020 | 766 | Corp Adv Deposit | ($1,000.00) | $1,050.00 | | ($1,000.00) |
| 20 | 2/26/2020 | 766 | Corp Adv Deposit | ($300.00) | $750.00 | | ($300.00) |
| 21 | 2/27/2020 | 601 | Corp Adv Disb | $500.00 | $1,250.00 | | $500.00 |
| 22 | 2/27/2020 | 601 | Corp Adv Disb | $150.00 | $1,400.00 | | $150.00 |
| 23 | 2/27/2020 | 601 | Corp Adv Disb | $1,000.00 | $2,400.00 | | $1,000.00 |
| 24 | 2/27/2020 | 601 | Corp Adv Disb | $300.00 | $2,700.00 | | $300.00 |
| 25 | 2/27/2020 | 766 | Corp Adv Deposit | ($500.00) | $2,200.00 | | ($500.00) |
| 26 | 2/27/2020 | 766 | Corp Adv Deposit | ($150.00) | $2,050.00 | | ($150.00) |
| 27 | 7/23/2020 | 630 | Corp Adv Disb | $50.00 | $2,100.00 | | $50.00 |
| 28 | 11/17/2020 | 630 | Corp Adv Disb | $500.00 | $2,600.00 | | $500.00 |
| 29 | 12/14/2020 | 745 | Corp Adv Adjustment | $350.00 | $2,950.00 | | $350.00 |
| 30 | 12/14/2020 | 745 | Corp Adv Adjustment | ($350.00) | $2,600.00 | | ($350.00) |
| 31 | 1/1/2021 | | Balance Adjustment | ($1,550.00) | $1,050.00 | ($350.00) | ($1,200.00) |
| 32 | 8/6/2021 | 630 | Corp Adv Disb | $125.00 | $1,175.00 | | $125.00 |
| 33 | 1/1/2022 | | Balance Adjustment | ($125.00) | $1,050.00 | | ($125.00) |
| 34 | 1/21/2022 | 633 | Corp Adv Disb | $1,777.72 | $2,827.72 | | $1,777.72 |
| 35 | 3/1/2022 | 633 | Corp Adv Disb | $2,635.71 | $5,463.43 | | $2,635.71 |
| 36 | 3/2/2022 | 633 | Corp Adv Disb | $781.55 | $6,244.98 | | $781.55 |
| 37 | 4/4/2022 | 633 | Corp Adv Disb | $997.15 | $7,242.13 | | $997.15 |
| 38 | 5/27/2022 | 633 | Corp Adv Disb | $2,002.14 | $9,244.27 | | $2,002.14 |
| 39 | 7/5/2022 | 633 | Corp Adv Disb | $2,777.81 | $12,022.08 | | $2,777.81 |
| 40 | 7/29/2022 | 633 | Corp Adv Disb | $1,647.87 | $13,669.95 | | $1,647.87 |
| 41 | 7/29/2022 | 633 | Corp Adv Disb | $163.17 | $13,833.12 | | $163.17 |
| 42 | 8/3/2022 | 633 | Corp Adv Disb | $480.69 | $14,313.81 | | $480.69 |
| 43 | 8/8/2022 | 630 | Corp Adv Disb | $50.00 | $14,363.81 | | $50.00 |
| 44 | 8/22/2022 | 633 | Corp Adv Disb | $2,926.28 | $17,290.09 | | $2,926.28 |
| 45 | 8/29/2022 | 601 | Corp Adv Disb | $50.00 | $17,340.09 | | $50.00 |
| 46 | 8/29/2022 | 601 | Corp Adv Disb | $500.00 | $17,840.09 | | $500.00 |
| 47 | 8/29/2022 | 601 | Corp Adv Disb | $350.00 | $18,190.09 | | $350.00 |
| 48 | 8/29/2022 | 601 | Corp Adv Disb | $125.00 | $18,315.09 | | $125.00 |
| 49 | 8/29/2022 | 601 | Corp Adv Disb | $1,777.72 | $20,092.81 | | $1,777.72 |

**CORPORATE ADVANCE HISTORY RECONCILIATION**

| Line # | Date | Code | Code Description: | Amount | Balance | Open | Closed |
|---|---|---|---|---|---|---|---|
| 50 | 8/29/2022 | 601 | Corp Adv Disb | $2,635.71 | $22,728.52 | | $2,635.71 |
| 51 | 8/29/2022 | 601 | Corp Adv Disb | $781.55 | $23,510.07 | | $781.55 |
| 52 | 8/29/2022 | 601 | Corp Adv Disb | $997.15 | $24,507.22 | | $997.15 |
| 53 | 8/29/2022 | 601 | Corp Adv Disb | $2,002.14 | $26,509.36 | | $2,002.14 |
| 54 | 8/29/2022 | 601 | Corp Adv Disb | $2,777.81 | $29,287.17 | | $2,777.81 |
| 55 | 8/29/2022 | 601 | Corp Adv Disb | $1,647.87 | $30,935.04 | | $1,647.87 |
| 56 | 8/29/2022 | 601 | Corp Adv Disb | $163.17 | $31,098.21 | | $163.17 |
| 57 | 8/29/2022 | 766 | Corp Adv Deposit | ($50.00) | $31,048.21 | | ($50.00) |
| 58 | 8/29/2022 | 766 | Corp Adv Deposit | ($500.00) | $30,548.21 | | ($500.00) |
| 59 | 8/29/2022 | 766 | Corp Adv Deposit | ($350.00) | $30,198.21 | | ($350.00) |
| 60 | 8/29/2022 | 766 | Corp Adv Deposit | ($125.00) | $30,073.21 | | ($125.00) |
| 61 | 8/29/2022 | 766 | Corp Adv Deposit | ($1,777.72) | $28,295.49 | | ($1,777.72) |
| 62 | 8/29/2022 | 766 | Corp Adv Deposit | ($2,635.71) | $25,659.78 | | ($2,635.71) |
| 63 | 8/29/2022 | 766 | Corp Adv Deposit | ($781.55) | $24,878.23 | | ($781.55) |
| 64 | 8/29/2022 | 766 | Corp Adv Deposit | ($997.15) | $23,881.08 | | ($997.15) |
| 65 | 8/29/2022 | 766 | Corp Adv Deposit | ($2,002.14) | $21,878.94 | | ($2,002.14) |
| 66 | 8/29/2022 | 766 | Corp Adv Deposit | ($2,777.81) | $19,101.13 | | ($2,777.81) |
| 67 | 8/29/2022 | 766 | Corp Adv Deposit | ($1,647.87) | $17,453.26 | | ($1,647.87) |
| 68 | 8/29/2022 | 766 | Corp Adv Deposit | ($163.17) | $17,290.09 | | ($163.17) |
| 69 | 9/2/2022 | 633 | Corp Adv Disb | $209.23 | $17,499.32 | | $209.23 |
| 70 | 9/8/2022 | 633 | Corp Adv Disb | $514.50 | $18,013.82 | | $514.50 |
| 71 | 9/22/2022 | 633 | Corp Adv Disb | $96.04 | $18,109.86 | | $96.04 |
| 72 | 9/23/2022 | 601 | Corp Adv Disb | $480.69 | $18,590.55 | | $480.69 |
| 73 | 9/23/2022 | 601 | Corp Adv Disb | $50.00 | $18,640.55 | | $50.00 |
| 74 | 9/23/2022 | 601 | Corp Adv Disb | $2,926.28 | $21,566.83 | | $2,926.28 |
| 75 | 9/23/2022 | 766 | Corp Adv Deposit | ($480.69) | $21,086.14 | | ($480.69) |
| 76 | 9/23/2022 | 766 | Corp Adv Deposit | ($50.00) | $21,036.14 | | ($50.00) |
| 77 | 9/23/2022 | 766 | Corp Adv Deposit | ($2,926.28) | $18,109.86 | | ($2,926.28) |
| 78 | 10/4/2022 | 633 | Corp Adv Disb | $1,974.50 | $20,084.36 | | $1,974.50 |
| 79 | 10/5/2022 | 633 | Corp Adv Disb | $517.44 | $20,601.80 | | $517.44 |
| 80 | 10/27/2022 | 601 | Corp Adv Disb | $209.23 | $20,811.03 | | $209.23 |
| 81 | 10/27/2022 | 601 | Corp Adv Disb | $514.50 | $21,325.53 | | $514.50 |
| 82 | 10/27/2022 | 601 | Corp Adv Disb | $96.04 | $21,421.57 | | $96.04 |
| 83 | 10/27/2022 | 633 | Corp Adv Disb | $738.92 | $22,160.49 | | $738.92 |
| 84 | 10/27/2022 | 633 | Corp Adv Disb | $2,411.78 | $24,572.27 | | $2,411.78 |
| 85 | 10/27/2022 | 766 | Corp Adv Deposit | ($209.23) | $24,363.04 | | ($209.23) |
| 86 | 10/27/2022 | 766 | Corp Adv Deposit | ($514.50) | $23,848.54 | | ($514.50) |
| 87 | 10/27/2022 | 766 | Corp Adv Deposit | ($96.04) | $23,752.50 | | ($96.04) |
| 88 | 11/25/2022 | 601 | Corp Adv Disb | $517.44 | $24,269.94 | | $517.44 |
| 89 | 11/25/2022 | 601 | Corp Adv Disb | $738.92 | $25,008.86 | | $738.92 |
| 90 | 11/25/2022 | 766 | Corp Adv Deposit | ($517.44) | $24,491.42 | | ($517.44) |
| 91 | 11/25/2022 | 766 | Corp Adv Deposit | ($738.92) | $23,752.50 | | ($738.92) |
| 92 | 11/29/2022 | 633 | Corp Adv Disb | $1,458.73 | $25,211.23 | | $1,458.73 |
| 93 | 11/29/2022 | 766 | Corp Adv Deposit | ($1,974.50) | $23,236.73 | | ($1,974.50) |
| 94 | 11/29/2022 | 766 | Corp Adv Deposit | ($2,411.78) | $20,824.95 | | ($2,411.78) |
| 95 | 11/30/2022 | 601 | Corp Adv Disb | $2,411.78 | $23,236.73 | | $2,411.78 |
| 96 | 11/30/2022 | 601 | Corp Adv Disb | $1,974.50 | $25,211.23 | | $1,974.50 |
| 97 | 11/30/2022 | 633 | Corp Adv Disb | $1,091.72 | $26,302.95 | | $1,091.72 |
| 98 | 12/5/2022 | 633 | Corp Adv Disb | $168.07 | $26,471.02 | | $168.07 |

**CORPORATE ADVANCE HISTORY RECONCILIATION**

| Line # | Date | Code | Code Description: | Amount | Balance | | Open | Closed |
|---|---|---|---|---|---|---|---|---|
| 99 | 12/27/2022 | 766 | Corp Adv Deposit | ($1,458.73) | $25,012.29 | | | ($1,458.73) |
| 100 | 12/27/2022 | 601 | Corp Adv Disb | $1,458.73 | $26,471.02 | | | $1,458.73 |
| 101 | 1/1/2023 | | Balance Adjustment | ($25,421.02) | $1,050.00 | | | ($25,421.02) |
| 102 | 1/5/2023 | 633 | Corp Adv Disb | $5,000.00 | $6,050.00 | | | $5,000.00 |
| 103 | 1/5/2023 | 633 | Corp Adv Disb | $15,000.00 | $21,050.00 | | | $15,000.00 |
| 104 | 1/5/2023 | 633 | Corp Adv Disb | $718.83 | $21,768.83 | | | $718.83 |
| 105 | 1/25/2023 | 601 | Corp Adv Disb | $1,091.72 | $22,860.55 | | | $1,091.72 |
| 106 | 1/25/2023 | 601 | Corp Adv Disb | $168.07 | $23,028.62 | | | $168.07 |
| 107 | 1/25/2023 | 766 | Corp Adv Deposit | ($1,091.72) | $21,936.90 | | | ($1,091.72) |
| 108 | 1/25/2023 | 766 | Corp Adv Deposit | ($168.07) | $21,768.83 | | | ($168.07) |
| 109 | 2/2/2023 | 633 | Corp Adv Disb | $215.60 | $21,984.43 | | | $215.60 |
| 110 | 2/27/2023 | 766 | Corp Adv Deposit | ($5,000.00) | $16,984.43 | | | ($5,000.00) |
| 111 | 2/27/2023 | 766 | Corp Adv Deposit | ($15,000.00) | $1,984.43 | | | ($15,000.00) |
| 112 | 2/27/2023 | 766 | Corp Adv Deposit | ($718.83) | $1,265.60 | | | ($718.83) |
| 113 | 2/27/2023 | 766 | Corp Adv Deposit | ($215.60) | $1,050.00 | | | ($215.60) |
| 114 | | | TOTALS | | | | $1,050.00 | $0.00 |