# EXHIBIT "3"

| DATE | 2/15/2023 | | | | | | | | | | | | | | PHH MORTGAG |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | | 1 MOR |
| | | | | | | | | | | | | | | | MT LAURI |

### CUSTOMER ACCOUNT ACTIVITY STATEMENT

MORT NAME    LINDA RODRIGUEZ
STREET    143  MONTROSE AVE
CITY STATE ZIP    SOUTH PLAINFIELD, NJ, 07080

LOAN NUMBER:   8011172403

ACTIVITY FOR PERIOD 01/01/2019 - 12/31/2019

| Loan Number | Transaction Date | Transaction Code | Due Date | Effective Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8011172403 | 1/1/2019 | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8011172403 | 2/1/2019 | 142 | | | 0.00 | 0.00 | 0.00 | -189824.17 | 0.00 | 1194.43 | 0.00 | 0.00 | 189824.17 | 1194.43 | 0.00 | 0.00 |
| 8011172403 | 2/7/2019 | 173 | 2/1/2019 | 2/7/2019 | 0.00 | 0.00 | 0.00 | 330.83 | 751.39 | 550.02 | 0.00 | 1632.24 | 189493.34 | 1744.45 | 0.00 | 0.00 |
| 8011172403 | 3/5/2019 | 172 | 3/1/2019 | 3/5/2019 | 0.00 | 0.00 | 0.00 | 332.14 | 750.08 | 550.02 | 0.00 | 1632.24 | 189161.20 | 2294.47 | 0.00 | 0.00 |
| 8011172403 | 4/8/2019 | 172 | 4/1/2019 | 4/8/2019 | 0.00 | 0.00 | 0.00 | 333.46 | 748.76 | 550.02 | 0.00 | 1632.24 | 188827.74 | 2844.49 | 0.00 | 0.00 |
| 8011172403 | 4/12/2019 | 313 | 4/1/2019 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1261.16 | 0.00 | 0.00 | 188827.74 | 1583.33 | 0.00 | 0.00 |
| 8011172403 | 5/8/2019 | 172 | 5/1/2019 | 5/8/2019 | 0.00 | 0.00 | 1632.24 | 0.00 | 0.00 | 0.00 | 0.00 | 1632.24 | 188827.74 | 1583.33 | 0.00 | 1632.24 |
| 8011172403 | 5/9/2019 | 173 | 5/1/2019 | 5/8/2019 | 0.00 | 0.00 | -1632.24 | 334.78 | 747.44 | 550.02 | 0.00 | 0.00 | 188492.96 | 2133.35 | 0.00 | 0.00 |
| 8011172403 | 6/4/2019 | 172 | 6/1/2019 | 6/4/2019 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 188492.96 | 2133.35 | 0.00 | 1635.00 |
| 8011172403 | 6/6/2019 | 147 | 5/1/2019 | | 0.00 | 0.00 | 1632.24 | -334.78 | -747.44 | -550.02 | 0.00 | 0.00 | 188827.74 | 1583.33 | 0.00 | 3267.24 |
| 8011172403 | 6/24/2019 | 174 | 5/1/2019 | 6/24/2019 | 0.00 | 0.00 | -1630.68 | 334.78 | 747.44 | 548.46 | 0.00 | 0.00 | 188492.96 | 2131.79 | 0.00 | 1636.56 |
| 8011172403 | 6/24/2019 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 188492.96 | 2131.79 | 150.00 | 1636.56 |
| 8011172403 | 7/3/2019 | 631 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 188492.96 | 2131.79 | 170.00 | 1636.56 |
| 8011172403 | 7/5/2019 | 172 | 6/1/2019 | 7/5/2019 | 0.00 | 0.00 | 1632.24 | 0.00 | 0.00 | 0.00 | 0.00 | 1632.24 | 188492.96 | 2131.79 | 170.00 | 3268.80 |
| 8011172403 | 7/8/2019 | 173 | 6/1/2019 | 7/5/2019 | 0.00 | 0.00 | -3261.36 | 336.10 | 746.12 | 548.46 | 0.00 | 0.00 | 188156.86 | 2680.25 | 170.00 | 7.44 |
| 8011172403 | 7/8/2019 | 173 | 7/1/2019 | 7/5/2019 | 0.00 | 0.00 | 0.00 | 337.43 | 744.79 | 548.46 | 0.00 | 0.00 | 187819.43 | 3228.71 | 170.00 | 7.44 |
| 8011172403 | 8/5/2019 | 172 | 8/1/2019 | 8/5/2019 | 0.00 | 0.00 | 1632.24 | 0.00 | 0.00 | 0.00 | 0.00 | 1632.24 | 187819.43 | 3228.71 | 170.00 | 1639.68 |
| 8011172403 | 8/6/2019 | 313 | 7/1/2019 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1553.70 | 0.00 | 0.00 | 187819.43 | 1675.01 | 170.00 | 1639.68 |
| 8011172403 | 8/6/2019 | 173 | 8/1/2019 | 8/5/2019 | 0.00 | 0.00 | -1630.68 | 338.77 | 743.45 | 548.46 | 0.00 | 0.00 | 187480.66 | 2223.47 | 170.00 | 9.00 |
| 8011172403 | 8/12/2019 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 187480.66 | 2223.47 | 420.00 | 9.00 |
| 8011172403 | 8/12/2019 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 187480.66 | 2223.47 | 920.00 | 9.00 |
| 8011172403 | 9/5/2019 | 172 | 9/1/2019 | 9/4/2019 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 187480.66 | 2223.47 | 920.00 | 1644.00 |
| 8011172403 | 9/6/2019 | 173 | 9/1/2019 | 9/4/2019 | 0.00 | 0.00 | -1630.68 | 340.11 | 742.11 | 548.46 | 0.00 | 0.00 | 187140.55 | 2771.93 | 920.00 | 13.32 |
| 8011172403 | 9/10/2019 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 187140.55 | 2771.93 | 940.00 | 13.32 |
| 8011172403 | 9/10/2019 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 | 0.00 | 187140.55 | 2771.93 | 920.00 | 13.32 |
| 8011172403 | 9/18/2019 | 351 | 10/1/2019 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1173.15 | 0.00 | 0.00 | 187140.55 | 1598.78 | 920.00 | 13.32 |
| 8011172403 | 10/8/2019 | 172 | 10/1/2019 | 10/8/2019 | 0.00 | 0.00 | 1630.68 | 0.00 | 0.00 | 0.00 | 0.00 | 1630.68 | 187140.55 | 1598.78 | 920.00 | 1644.00 |
| 8011172403 | 10/9/2019 | 173 | 10/1/2019 | 10/8/2019 | 0.00 | 0.00 | -1630.68 | 341.46 | 740.76 | 548.46 | 0.00 | 0.00 | 186799.09 | 2147.24 | 920.00 | 13.32 |
| 8011172403 | 10/22/2019 | 313 | 10/1/2019 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1339.27 | 0.00 | 0.00 | 186799.09 | 807.97 | 920.00 | 13.32 |
| 8011172403 | 10/30/2019 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 186799.09 | 807.97 | 1420.00 | 13.32 |
| 8011172403 | 11/4/2019 | 173 | 11/1/2019 | 11/2/2019 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 186799.09 | 807.97 | 1420.00 | 1648.32 |
| 8011172403 | 11/5/2019 | 173 | 11/1/2019 | 11/2/2019 | 0.00 | 0.00 | -1630.68 | 342.81 | 739.41 | 548.46 | 0.00 | 0.00 | 186456.28 | 1356.43 | 1420.00 | 17.64 |
| 8011172403 | 11/12/2019 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 186456.28 | 1356.43 | 1570.00 | 17.64 |
| 8011172403 | 12/6/2019 | 172 | 12/1/2019 | 12/6/2019 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 186456.28 | 1356.43 | 1570.00 | 1652.64 |
| 8011172403 | 12/9/2019 | 173 | 12/1/2019 | 12/6/2019 | 0.00 | 0.00 | -1630.68 | 344.16 | 738.06 | 548.46 | 0.00 | 0.00 | 186112.12 | 1904.89 | 1570.00 | 21.96 |
| 8011172403 | 12/23/2019 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | 0.00 | 186112.12 | 1904.89 | 1420.00 | 21.96 |
| 8011172403 | 12/23/2019 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 186112.12 | 1904.89 | 1570.00 | 21.96 |
| 8011172403 | 12/31/2019 | | | | | | | | | | | | 186112.12 | 1904.89 | 1570.00 | 21.96 |

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

MORT NAME       LINDA RODRIGUEZ
STREET          143 MONTROSE AVE
CITY STATE ZIP  SOUTH PLAINFIELD, NJ, 07080

LOAN NUMBER:  8011172403

ACTIVITY FOR PERIOD 01/01/2020 - 12/31/2020

| Loan Number | Transaction Date | Transaction Code | Due Date | Effective Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8011172403 | 1/1/2020 | | | | | | | | | | | | 186112.12 | 1904.89 | 1400.00 | 21.96 |
| 8011172403 | 1/7/2020 | 172 | 1/1/2020 | 1/7/2020 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 186112.12 | 1904.89 | 1400.00 | 1656.96 |
| 8011172403 | 1/7/2020 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 186112.12 | 1904.89 | 1900.00 | 1656.96 |
| 8011172403 | 1/8/2020 | 173 | 1/1/2020 | 1/7/2020 | 0.00 | 0.00 | -1630.68 | 345.53 | 736.69 | 548.46 | 0.00 | 0.00 | 185766.59 | 2453.35 | 1900.00 | 26.28 |
| 8011172403 | 1/21/2020 | 313 | 1/1/2020 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1514.64 | 0.00 | 0.00 | 185766.59 | 938.71 | 1900.00 | 26.28 |
| 8011172403 | 1/23/2020 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 185766.59 | 938.71 | 2050.00 | 26.28 |
| 8011172403 | 2/4/2020 | 172 | 2/1/2020 | 2/4/2020 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 185766.59 | 938.71 | 2050.00 | 1661.28 |
| 8011172403 | 2/5/2020 | 173 | 2/1/2020 | 2/4/2020 | 0.00 | 0.00 | -1630.68 | 346.89 | 735.33 | 548.46 | 0.00 | 0.00 | 185419.70 | 1487.17 | 2050.00 | 30.60 |
| 8011172403 | 2/7/2020 | 173 | 3/1/2020 | 2/7/2020 | 0.00 | 0.00 | 67.59 | 0.00 | 0.00 | 0.00 | 0.00 | 67.59 | 185419.70 | 1487.17 | 2050.00 | 98.19 |
| 8011172403 | 2/25/2020 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 185419.70 | 1487.17 | 2550.00 | 98.19 |
| 8011172403 | 2/25/2020 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 185419.70 | 1487.17 | 2700.00 | 98.19 |
| 8011172403 | 2/25/2020 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | 0.00 | 185419.70 | 1487.17 | 2200.00 | 98.19 |
| 8011172403 | 2/25/2020 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | 0.00 | 185419.70 | 1487.17 | 2050.00 | 98.19 |
| 8011172403 | 2/26/2020 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1000.00 | 0.00 | 185419.70 | 1487.17 | 1050.00 | 98.19 |
| 8011172403 | 2/26/2020 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -300.00 | 0.00 | 185419.70 | 1487.17 | 750.00 | 98.19 |
| 8011172403 | 2/27/2020 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 185419.70 | 1487.17 | 1250.00 | 98.19 |
| 8011172403 | 2/27/2020 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 185419.70 | 1487.17 | 1400.00 | 98.19 |
| 8011172403 | 2/27/2020 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1000.00 | 0.00 | 185419.70 | 1487.17 | 2400.00 | 98.19 |
| 8011172403 | 2/27/2020 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 185419.70 | 1487.17 | 2700.00 | 98.19 |
| 8011172403 | 2/27/2020 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | 0.00 | 185419.70 | 1487.17 | 2200.00 | 98.19 |
| 8011172403 | 2/27/2020 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | 0.00 | 185419.70 | 1487.17 | 2050.00 | 98.19 |
| 8011172403 | 3/6/2020 | 172 | 3/1/2020 | 3/5/2020 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 185419.70 | 1487.17 | 2050.00 | 1733.19 |
| 8011172403 | 3/9/2020 | 173 | 3/1/2020 | 3/5/2020 | 0.00 | 0.00 | -1630.68 | 348.27 | 733.95 | 548.46 | 0.00 | 0.00 | 185071.43 | 2035.63 | 2050.00 | 102.51 |
| 8011172403 | 4/7/2020 | 172 | 4/1/2020 | 4/7/2020 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 185071.43 | 2035.63 | 2050.00 | 1737.51 |
| 8011172403 | 4/8/2020 | 173 | 4/1/2020 | 4/7/2020 | 0.00 | 0.00 | -1630.68 | 349.65 | 732.57 | 548.46 | 0.00 | 0.00 | 184721.78 | 2584.09 | 2050.00 | 106.83 |
| 8011172403 | 4/23/2020 | 313 | 4/1/2020 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1514.64 | 0.00 | 0.00 | 184721.78 | 1069.45 | 2050.00 | 106.83 |
| 8011172403 | 5/5/2020 | 172 | 5/1/2020 | 5/5/2020 | 0.00 | 0.00 | 1640.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1640.00 | 184721.78 | 1069.45 | 2050.00 | 1746.83 |
| 8011172403 | 5/6/2020 | 173 | 5/1/2020 | 5/5/2020 | 0.00 | 0.00 | -1630.68 | 351.03 | 731.19 | 548.46 | 0.00 | 0.00 | 184370.75 | 1617.91 | 2050.00 | 116.15 |
| 8011172403 | 6/5/2020 | 172 | 6/1/2020 | 6/5/2020 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 184370.75 | 1617.91 | 2050.00 | 1751.15 |
| 8011172403 | 6/8/2020 | 173 | 6/1/2020 | 6/5/2020 | 0.00 | 0.00 | -1630.68 | 352.42 | 729.80 | 548.46 | 0.00 | 0.00 | 184018.33 | 2166.37 | 2050.00 | 120.47 |
| 8011172403 | 7/6/2020 | 172 | 7/1/2020 | 7/3/2020 | 0.00 | 0.00 | 1635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1635.00 | 184018.33 | 2166.37 | 2050.00 | 1755.47 |
| 8011172403 | 7/21/2020 | 313 | 7/1/2020 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1639.02 | 0.00 | 0.00 | 184018.33 | 527.35 | 2050.00 | 1755.47 |
| 8011172403 | 7/23/2020 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 184018.33 | 527.35 | 2100.00 | 1755.47 |
| 8011172403 | 8/5/2020 | 172 | 7/1/2020 | 8/5/2020 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 184018.33 | 527.35 | 2100.00 | 3495.51 |
| 8011172403 | 8/6/2020 | 173 | 7/1/2020 | 8/5/2020 | 0.00 | 0.00 | -1740.04 | 353.81 | 728.41 | 657.82 | 0.00 | 0.00 | 183664.52 | 1185.17 | 2100.00 | 1755.47 |
| 8011172403 | 9/8/2020 | 172 | 8/1/2020 | 9/4/2020 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 183664.52 | 1185.17 | 2100.00 | 3495.51 |
| 8011172403 | 9/9/2020 | 173 | 8/1/2020 | 9/4/2020 | 0.00 | 0.00 | -1740.04 | 355.21 | 727.01 | 657.82 | 0.00 | 0.00 | 183309.31 | 1842.99 | 2100.00 | 1755.47 |
| 8011172403 | 9/18/2020 | 351 | 10/1/2020 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1179.15 | 0.00 | 0.00 | 183309.31 | 663.84 | 2100.00 | 1755.47 |
| 8011172403 | 10/7/2020 | 172 | 9/1/2020 | 10/7/2020 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 183309.31 | 663.84 | 2100.00 | 3495.51 |
| 8011172403 | 10/8/2020 | 173 | 9/1/2020 | 10/7/2020 | 0.00 | 0.00 | -1740.04 | 356.62 | 725.60 | 657.82 | 0.00 | 0.00 | 182952.69 | 1321.66 | 2100.00 | 1755.47 |
| 8011172403 | 10/20/2020 | 313 | 10/1/2020 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1645.97 | 0.00 | 0.00 | 182952.69 | -324.31 | 2100.00 | 1755.47 |
| 8011172403 | 11/4/2020 | 172 | 10/1/2020 | 11/4/2020 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 182952.69 | -324.31 | 2100.00 | 3495.51 |
| 8011172403 | 11/5/2020 | 173 | 10/1/2020 | 11/4/2020 | 0.00 | 0.00 | -1740.04 | 358.03 | 724.19 | 657.82 | 0.00 | 0.00 | 182594.66 | 333.51 | 2100.00 | 1755.47 |
| 8011172403 | 11/17/2020 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 182594.66 | 333.51 | 2600.00 | 1755.47 |
| 8011172403 | 11/30/2020 | 173 | 11/1/2020 | 11/30/2020 | 0.00 | 0.00 | -67.59 | 0.00 | 0.00 | 67.59 | 0.00 | 0.00 | 182594.66 | 401.10 | 2600.00 | 1687.88 |
| 8011172403 | 12/7/2020 | 172 | 11/1/2020 | 12/4/2020 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 182594.66 | 401.10 | 2600.00 | 3427.92 |
| 8011172403 | 12/8/2020 | 173 | 11/1/2020 | 12/4/2020 | 0.00 | 0.00 | -1740.04 | 359.45 | 722.77 | 657.82 | 0.00 | 0.00 | 182235.21 | 1058.92 | 2600.00 | 1687.88 |
| 8011172403 | 12/14/2020 | 745 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 182235.21 | 1058.92 | 2950.00 | 1687.88 |
| 8011172403 | 12/14/2020 | 745 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -350.00 | 0.00 | 182235.21 | 1058.92 | 2600.00 | 1687.88 |
| 8011172403 | 12/31/2020 | | | | | | | | | | | | 182235.21 | 1058.92 | 2600.00 | 1687.88 |

DATE 2/15/2023     PHH MORTGAG
1 MOR
MT LAURI

**CUSTOMER ACCOUNT ACTIVITY STATEMENT**

MORT NAME    LINDA RODRIGUEZ
STREET    143 MONTROSE AVE
CITY STATE ZIP    SOUTH PLAINFIELD, NJ, 07080

LOAN NUMBER: 8011172403

ACTIVITY FOR PERIOD 01/01/2021 - 12/31/2021

| Loan Number | Transaction Date | Transaction Code | Due Date | Effective Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8011172403 | 1/1/2021 | | | | | | | | | | | | 182235.21 | 1058.92 | 1050.00 | 1687.88 |
| 8011172403 | 1/4/2021 | 172 | 12/1/2020 | 1/4/2021 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 182235.21 | 1058.92 | 1050.00 | 3427.92 |
| 8011172403 | 1/5/2021 | 173 | 12/1/2020 | 1/4/2021 | 0.00 | 0.00 | -1740.04 | 360.87 | 721.35 | 657.82 | 0.00 | 0.00 | 181874.34 | 1716.74 | 1050.00 | 1687.88 |
| 8011172403 | 1/19/2021 | 313 | 1/1/2021 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1578.57 | 0.00 | 0.00 | 181874.34 | 138.17 | 1050.00 | 1687.88 |
| 8011172403 | 2/4/2021 | 172 | 1/1/2021 | 2/4/2021 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 181874.34 | 138.17 | 1050.00 | 3427.92 |
| 8011172403 | 2/5/2021 | 173 | 1/1/2021 | 2/4/2021 | 0.00 | 0.00 | -1740.04 | 362.30 | 719.92 | 657.82 | 0.00 | 0.00 | 181512.04 | 795.99 | 1050.00 | 1687.88 |
| 8011172403 | 3/5/2021 | 172 | 2/1/2021 | 3/5/2021 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 181512.04 | 795.99 | 1050.00 | 3427.92 |
| 8011172403 | 3/8/2021 | 173 | 2/1/2021 | 3/5/2021 | 0.00 | 0.00 | -1740.04 | 363.73 | 718.49 | 657.82 | 0.00 | 0.00 | 181148.31 | 1453.81 | 1050.00 | 1687.88 |
| 8011172403 | 4/5/2021 | 172 | 3/1/2021 | 4/5/2021 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 181148.31 | 1453.81 | 1050.00 | 3427.92 |
| 8011172403 | 4/6/2021 | 173 | 3/1/2021 | 4/5/2021 | 0.00 | 0.00 | -1740.04 | 365.17 | 717.05 | 657.82 | 0.00 | 0.00 | 180783.14 | 2111.63 | 1050.00 | 1687.88 |
| 8011172403 | 4/26/2021 | 313 | 4/1/2021 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1149.73 | 0.00 | 0.00 | 180783.14 | 961.90 | 1050.00 | 1687.88 |
| 8011172403 | 5/4/2021 | 172 | 4/1/2021 | 5/4/2021 | 0.00 | 0.00 | 1740.04 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.04 | 180783.14 | 961.90 | 1050.00 | 3427.92 |
| 8011172403 | 5/5/2021 | 173 | 4/1/2021 | 5/4/2021 | 0.00 | 0.00 | -1740.04 | 366.62 | 715.60 | 657.82 | 0.00 | 0.00 | 180416.52 | 1619.72 | 1050.00 | 1687.88 |
| 8011172403 | 6/4/2021 | 172 | 5/1/2021 | 6/4/2021 | 0.00 | 0.00 | 1740.14 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.14 | 180416.52 | 1619.72 | 1050.00 | 3428.02 |
| 8011172403 | 6/7/2021 | 173 | 5/1/2021 | 6/4/2021 | 0.00 | 0.00 | -1740.04 | 368.07 | 714.15 | 657.82 | 0.00 | 0.00 | 180048.45 | 2277.54 | 1050.00 | 1687.98 |
| 8011172403 | 7/6/2021 | 172 | 6/1/2021 | 7/6/2021 | 0.00 | 0.00 | 1740.14 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.14 | 180048.45 | 2277.54 | 1050.00 | 3428.12 |
| 8011172403 | 7/7/2021 | 173 | 6/1/2021 | 7/6/2021 | 0.00 | 0.00 | -1740.04 | 369.53 | 712.69 | 657.82 | 0.00 | 0.00 | 179678.92 | 2935.36 | 1050.00 | 1688.08 |
| 8011172403 | 7/20/2021 | 313 | 7/1/2021 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1684.54 | 0.00 | 0.00 | 179678.92 | 1250.82 | 1050.00 | 1688.08 |
| 8011172403 | 8/4/2021 | 172 | 7/1/2021 | 8/4/2021 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 179678.92 | 1250.82 | 1050.00 | 3387.43 |
| 8011172403 | 8/5/2021 | 174 | 7/1/2021 | 8/4/2021 | 0.00 | 0.00 | -1699.35 | 370.99 | 711.23 | 617.13 | 0.00 | 0.00 | 179307.93 | 1867.95 | 1050.00 | 1688.08 |
| 8011172403 | 8/6/2021 | 630 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 179307.93 | 1867.95 | 1175.00 | 1688.08 |
| 8011172403 | 9/7/2021 | 172 | 8/1/2021 | 9/7/2021 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 179307.93 | 1867.95 | 1175.00 | 3387.43 |
| 8011172403 | 9/8/2021 | 174 | 8/1/2021 | 9/7/2021 | 0.00 | 0.00 | -1699.35 | 372.46 | 709.76 | 617.13 | 0.00 | 0.00 | 178935.47 | 2485.08 | 1175.00 | 1688.08 |
| 8011172403 | 10/6/2021 | 172 | 9/1/2021 | 10/5/2021 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 178935.47 | 2485.08 | 1175.00 | 3387.43 |
| 8011172403 | 10/7/2021 | 173 | 9/1/2021 | 10/5/2021 | 0.00 | 0.00 | -1699.35 | 373.93 | 708.29 | 617.13 | 0.00 | 0.00 | 178561.54 | 3102.21 | 1175.00 | 1688.08 |
| 8011172403 | 10/8/2021 | 351 | 10/1/2021 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1226.40 | 0.00 | 0.00 | 178561.54 | 1875.81 | 1175.00 | 1688.08 |
| 8011172403 | 10/11/2021 | 351 | 10/1/2022 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -61.60 | 0.00 | 0.00 | 178561.54 | 1814.21 | 1175.00 | 1688.08 |
| 8011172403 | 10/19/2021 | 313 | 10/1/2021 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1566.12 | 0.00 | 0.00 | 178561.54 | 248.09 | 1175.00 | 1688.08 |
| 8011172403 | 11/4/2021 | 172 | 10/1/2021 | 11/4/2021 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 178561.54 | 248.09 | 1175.00 | 3387.43 |
| 8011172403 | 11/5/2021 | 173 | 10/1/2021 | 11/4/2021 | 0.00 | 0.00 | -1699.35 | 375.41 | 706.81 | 617.13 | 0.00 | 0.00 | 178186.13 | 865.22 | 1175.00 | 1688.08 |
| 8011172403 | 12/6/2021 | 172 | 11/1/2021 | 12/6/2021 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 178186.13 | 865.22 | 1175.00 | 3387.43 |
| 8011172403 | 12/7/2021 | 173 | 11/1/2021 | 12/6/2021 | 0.00 | 0.00 | -1699.35 | 376.90 | 705.32 | 617.13 | 0.00 | 0.00 | 177809.23 | 1482.35 | 1175.00 | 1688.08 |
| 8011172403 | 12/31/2021 | | | | | | | | | | | | 177809.23 | 1482.35 | 1175.00 | 1688.08 |

**CUSTOMER ACCOUNT ACTIVITY STATEMENT**

MORT NAME     LINDA RODRIGUEZ
STREET        143 MONTROSE AVE
CITY STATE ZIP  SOUTH PLAINFIELD, NJ, 07080

LOAN NUMBER:  8011172403

ACTIVITY FOR PERIOD 01/01/2022 - 12/31/2022

| Loan Number | Transaction Date | Transaction Code | Due Date | Effective Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8011172403 | 1/1/2022 |  |  |  |  |  |  |  |  |  |  |  | 177809.23 | 1482.35 | 1050.00 | 1688.08 |
| 8011172403 | 1/4/2022 | 172 | 12/1/2021 | 1/4/2022 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 177809.23 | 1482.35 | 1050.00 | 3387.43 |
| 8011172403 | 1/5/2022 | 173 | 12/1/2021 | 1/4/2022 | 0.00 | 0.00 | -1699.35 | 378.39 | 703.83 | 617.13 | 0.00 | 0.00 | 177430.84 | 2099.48 | 1050.00 | 1688.08 |
| 8011172403 | 1/18/2022 | 313 | 1/1/2022 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1601.95 | 0.00 | 177430.84 | 497.53 | 1050.00 | 1688.08 |
| 8011172403 | 1/21/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1777.72 | 0.00 | 177430.84 | 497.53 | 2827.72 | 1688.08 |
| 8011172403 | 2/7/2022 | 172 | 1/1/2022 | 2/4/2022 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 177430.84 | 497.53 | 2827.72 | 3387.43 |
| 8011172403 | 2/8/2022 | 173 | 1/1/2022 | 2/4/2022 | 0.00 | 0.00 | -1699.35 | 379.89 | 702.33 | 617.13 | 0.00 | 0.00 | 177050.95 | 1114.66 | 2827.72 | 1688.08 |
| 8011172403 | 3/1/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2635.71 | 0.00 | 177050.95 | 1114.66 | 5463.43 | 1688.08 |
| 8011172403 | 3/2/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 781.55 | 0.00 | 177050.95 | 1114.66 | 6244.98 | 1688.08 |
| 8011172403 | 3/4/2022 | 172 | 2/1/2022 | 3/4/2022 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 177050.95 | 1114.66 | 6244.98 | 3387.43 |
| 8011172403 | 3/7/2022 | 173 | 2/1/2022 | 3/4/2022 | 0.00 | 0.00 | -1699.35 | 381.39 | 700.83 | 617.13 | 0.00 | 0.00 | 176669.56 | 1731.79 | 6244.98 | 1688.08 |
| 8011172403 | 4/4/2022 | 172 | 3/1/2022 | 4/4/2022 | 0.00 | 0.00 | 1699.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1699.35 | 176669.56 | 1731.79 | 6244.98 | 3387.43 |
| 8011172403 | 4/4/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 997.15 | 0.00 | 176669.56 | 1731.79 | 7242.13 | 3387.43 |
| 8011172403 | 4/5/2022 | 173 | 3/1/2022 | 4/4/2022 | 0.00 | 0.00 | -1699.35 | 382.90 | 699.32 | 617.13 | 0.00 | 0.00 | 176286.66 | 2348.92 | 7242.13 | 1688.08 |
| 8011172403 | 4/22/2022 | 313 | 4/1/2022 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1019.28 | 0.00 | 176286.66 | 1329.64 | 7242.13 | 1688.08 |
| 8011172403 | 5/4/2022 | 172 | 4/1/2022 | 5/4/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 176286.66 | 1329.64 | 7242.13 | 3388.08 |
| 8011172403 | 5/5/2022 | 173 | 4/1/2022 | 5/4/2022 | 0.00 | 0.00 | -1699.35 | 384.42 | 697.80 | 617.13 | 0.00 | 0.00 | 175902.24 | 1946.77 | 7242.13 | 1688.73 |
| 8011172403 | 5/27/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2002.14 | 0.00 | 175902.24 | 1946.77 | 9244.27 | 1688.73 |
| 8011172403 | 6/6/2022 | 172 | 5/1/2022 | 6/6/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 175902.24 | 1946.77 | 9244.27 | 3388.73 |
| 8011172403 | 6/7/2022 | 173 | 5/1/2022 | 6/6/2022 | 0.00 | 0.00 | -1699.35 | 385.94 | 696.28 | 617.13 | 0.00 | 0.00 | 175516.30 | 2563.90 | 9244.27 | 1689.38 |
| 8011172403 | 7/5/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2777.81 | 0.00 | 175516.30 | 2563.90 | 12022.08 | 1689.38 |
| 8011172403 | 7/6/2022 | 172 | 6/1/2022 | 7/6/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 175516.30 | 2563.90 | 12022.08 | 3389.38 |
| 8011172403 | 7/7/2022 | 173 | 6/1/2022 | 7/6/2022 | 0.00 | 0.00 | -1699.35 | 387.47 | 694.75 | 617.13 | 0.00 | 0.00 | 175128.83 | 3181.03 | 12022.08 | 1690.03 |
| 8011172403 | 7/8/2022 | 174 | 7/1/2022 | 7/8/2022 | 0.00 | 0.00 | -1689.15 | 389.00 | 693.22 | 606.93 | 0.00 | 0.00 | 174739.83 | 3787.96 | 12022.08 | 0.88 |
| 8011172403 | 7/18/2022 | 313 | 7/1/2022 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1716.88 | 0.00 | 174739.83 | 2071.08 | 12022.08 | 0.88 |
| 8011172403 | 7/29/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1647.87 | 0.00 | 174739.83 | 2071.08 | 13669.95 | 0.88 |
| 8011172403 | 7/29/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 163.17 | 0.00 | 174739.83 | 2071.08 | 13833.12 | 0.88 |
| 8011172403 | 8/3/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.69 | 0.00 | 174739.83 | 2071.08 | 14313.81 | 0.88 |
| 8011172403 | 8/4/2022 | 172 | 8/1/2022 | 8/4/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 174739.83 | 2071.08 | 14313.81 | 1700.88 |
| 8011172403 | 8/5/2022 | 174 | 8/1/2022 | 8/4/2022 | 0.00 | 0.00 | -1689.15 | 390.54 | 691.68 | 606.93 | 0.00 | 0.00 | 174349.29 | 2678.01 | 14313.81 | 11.73 |
| 8011172403 | 8/8/2022 | 630 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 174349.29 | 2678.01 | 14363.81 | 11.73 |
| 8011172403 | 8/22/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2926.28 | 0.00 | 174349.29 | 2678.01 | 17290.09 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 174349.29 | 2678.01 | 17340.09 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 174349.29 | 2678.01 | 17840.09 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 174349.29 | 2678.01 | 18190.09 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 174349.29 | 2678.01 | 18315.09 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1777.72 | 0.00 | 174349.29 | 2678.01 | 20092.81 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2635.71 | 0.00 | 174349.29 | 2678.01 | 22728.52 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 781.55 | 0.00 | 174349.29 | 2678.01 | 23510.07 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 997.15 | 0.00 | 174349.29 | 2678.01 | 24507.22 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2002.14 | 0.00 | 174349.29 | 2678.01 | 26509.36 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2777.81 | 0.00 | 174349.29 | 2678.01 | 29287.17 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1647.87 | 0.00 | 174349.29 | 2678.01 | 30935.04 | 11.73 |
| 8011172403 | 8/29/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 163.17 | 0.00 | 174349.29 | 2678.01 | 31098.21 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | 0.00 | 174349.29 | 2678.01 | 31048.21 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | 0.00 | 174349.29 | 2678.01 | 30548.21 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -350.00 | 0.00 | 174349.29 | 2678.01 | 30198.21 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -125.00 | 0.00 | 174349.29 | 2678.01 | 30073.21 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1777.72 | 0.00 | 174349.29 | 2678.01 | 28295.49 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2635.71 | 0.00 | 174349.29 | 2678.01 | 25659.78 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -781.55 | 0.00 | 174349.29 | 2678.01 | 24878.23 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -997.15 | 0.00 | 174349.29 | 2678.01 | 23881.08 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2002.14 | 0.00 | 174349.29 | 2678.01 | 21878.94 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2777.81 | 0.00 | 174349.29 | 2678.01 | 19101.13 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1647.87 | 0.00 | 174349.29 | 2678.01 | 17453.26 | 11.73 |
| 8011172403 | 8/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -163.17 | 0.00 | 174349.29 | 2678.01 | 17290.09 | 11.73 |
| 8011172403 | 9/2/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 209.23 | 0.00 | 174349.29 | 2678.01 | 17499.32 | 11.73 |
| 8011172403 | 9/6/2022 | 172 | 9/1/2022 | 9/6/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 174349.29 | 2678.01 | 17499.32 | 1711.73 |
| 8011172403 | 9/7/2022 | 173 | 9/1/2022 | 9/6/2022 | 0.00 | 0.00 | -1689.15 | 392.09 | 690.13 | 606.93 | 0.00 | 0.00 | 173957.20 | 3284.94 | 17499.32 | 22.58 |
| 8011172403 | 9/8/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 514.50 | 0.00 | 173957.20 | 3284.94 | 18013.82 | 22.58 |
| 8011172403 | 9/22/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.04 | 0.00 | 173957.20 | 3284.94 | 18109.86 | 22.58 |
| 8011172403 | 9/23/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.69 | 0.00 | 173957.20 | 3284.94 | 18590.55 | 22.58 |
| 8011172403 | 9/23/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 173957.20 | 3284.94 | 18640.55 | 22.58 |
| 8011172403 | 9/23/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2926.28 | 0.00 | 173957.20 | 3284.94 | 21566.83 | 22.58 |
| 8011172403 | 9/23/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -480.69 | 0.00 | 173957.20 | 3284.94 | 21086.14 | 22.58 |
| 8011172403 | 9/23/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 | 0.00 | 173957.20 | 3284.94 | 21036.14 | 22.58 |
| 8011172403 | 9/23/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2926.28 | 0.00 | 173957.20 | 3284.94 | 18109.86 | 22.58 |
| 8011172403 | 10/4/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1974.50 | 0.00 | 173957.20 | 3284.94 | 20084.36 | 22.58 |
| 8011172403 | 10/5/2022 | 172 | 10/1/2022 | 10/5/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 173957.20 | 3284.94 | 20084.36 | 1722.58 |
| 8011172403 | 10/5/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 517.44 | 0.00 | 173957.20 | 3284.94 | 20601.80 | 1722.58 |
| 8011172403 | 10/6/2022 | 173 | 10/1/2022 | 10/5/2022 | 0.00 | 0.00 | -1689.15 | 393.64 | 688.58 | 606.93 | 0.00 | 0.00 | 173563.56 | 3891.87 | 20601.80 | 33.43 |
| 8011172403 | 10/14/2022 | 313 | 10/1/2022 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1641.25 | 0.00 | 173563.56 | 2250.62 | 20601.80 | 33.43 |
| 8011172403 | 10/19/2022 | 351 | 10/1/2023 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1389.95 | 0.00 | 173563.56 | 860.67 | 20601.80 | 33.43 |
| 8011172403 | 10/27/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 209.23 | 0.00 | 173563.56 | 860.67 | 20811.03 | 33.43 |
| 8011172403 | 10/27/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 514.50 | 0.00 | 173563.56 | 860.67 | 21325.53 | 33.43 |
| 8011172403 | 10/27/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.04 | 0.00 | 173563.56 | 860.67 | 21421.57 | 33.43 |
| 8011172403 | 10/27/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 738.92 | 0.00 | 173563.56 | 860.67 | 22160.49 | 33.43 |
| 8011172403 | 10/27/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2411.78 | 0.00 | 173563.56 | 860.67 | 24572.27 | 33.43 |
| 8011172403 | 10/27/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -209.23 | 0.00 | 173563.56 | 860.67 | 24363.04 | 33.43 |
| 8011172403 | 10/27/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -514.50 | 0.00 | 173563.56 | 860.67 | 23848.54 | 33.43 |
| 8011172403 | 10/27/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -96.04 | 0.00 | 173563.56 | 860.67 | 23752.50 | 33.43 |
| 8011172403 | 11/4/2022 | 172 | 11/1/2022 | 11/4/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 173563.56 | 860.67 | 23752.50 | 1733.43 |
| 8011172403 | 11/7/2022 | 173 | 11/1/2022 | 11/4/2022 | 0.00 | 0.00 | -1689.15 | 395.20 | 687.02 | 606.93 | 0.00 | 0.00 | 173168.36 | 1467.60 | 23752.50 | 44.28 |
| 8011172403 | 11/25/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 517.44 | 0.00 | 173168.36 | 1467.60 | 24269.94 | 44.28 |
| 8011172403 | 11/25/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 738.92 | 0.00 | 173168.36 | 1467.60 | 25008.86 | 44.28 |
| 8011172403 | 11/25/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -517.44 | 0.00 | 173168.36 | 1467.60 | 24491.42 | 44.28 |
| 8011172403 | 11/25/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -738.92 | 0.00 | 173168.36 | 1467.60 | 23752.50 | 44.28 |
| 8011172403 | 11/29/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1458.73 | 0.00 | 173168.36 | 1467.60 | 25211.23 | 44.28 |
| 8011172403 | 11/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1974.50 | 0.00 | 173168.36 | 1467.60 | 23236.73 | 44.28 |
| 8011172403 | 11/29/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2411.78 | 0.00 | 173168.36 | 1467.60 | 20824.95 | 44.28 |
| 8011172403 | 11/30/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2411.78 | 0.00 | 173168.36 | 1467.60 | 23236.73 | 44.28 |
| 8011172403 | 11/30/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1974.50 | 0.00 | 173168.36 | 1467.60 | 25211.23 | 44.28 |
| 8011172403 | 12/2/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1091.72 | 0.00 | 173168.36 | 1467.60 | 26302.95 | 44.28 |
| 8011172403 | 12/5/2022 | 633 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.07 | 0.00 | 173168.36 | 1467.60 | 26471.02 | 44.28 |
| 8011172403 | 12/6/2022 | 172 | 12/1/2022 | 12/6/2022 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 173168.36 | 1467.60 | 26471.02 | 1744.28 |
| 8011172403 | 12/8/2022 | 173 | 12/1/2022 | 12/6/2022 | 0.00 | 0.00 | -1689.15 | 396.76 | 685.46 | 606.93 | 0.00 | 0.00 | 172771.60 | 2074.53 | 26471.02 | 55.13 |
| 8011172403 | 12/27/2022 | 766 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1458.73 | 0.00 | 172771.60 | 2074.53 | 25012.29 | 55.13 |
| 8011172403 | 12/27/2022 | 601 |  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1458.73 | 0.00 | 172771.60 | 2074.53 | 26471.02 | 55.13 |
| 8011172403 | 12/31/2022 |  |  |  |  |  |  |  |  |  |  |  | 172771.60 | 2074.53 | 26471.02 | 55.13 |

DATE        2/15/2023                                                                                                                   PHH MORTGAG
                                                                                                                                        1 MOR
                                                                                                                                        MT LAURI

**CUSTOMER ACCOUNT ACTIVITY STATEMENT**

MORT NAME      LINDA RODRIGUEZ
STREET         143 MONTROSE AVE
CITY STATE ZIP SOUTH PLAINFIELD, NJ, 07080

LOAN NUMBER:   8011172403

ACTIVITY FOR PERIOD 01/01/2023 - 02/15/2023

| Loan Number | Transaction Date | Transaction Code | Due Date | Effective Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8011172403 | 1/1/2023 | | | | | | | | | | | | 172771.60 | 2074.53 | 1050.00 | 55.13 |
| 8011172403 | 1/5/2023 | 172 | 1/1/2023 | 1/5/2023 | 0.00 | 0.00 | 1700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1700.00 | 172771.60 | 2074.53 | 1050.00 | 1755.13 |
| 8011172403 | 1/5/2023 | 633 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5000.00 | 0.00 | 172771.60 | 2074.53 | 6050.00 | 1755.13 |
| 8011172403 | 1/5/2023 | 633 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15000.00 | 0.00 | 172771.60 | 2074.53 | 21050.00 | 1755.13 |
| 8011172403 | 1/5/2023 | 633 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 718.83 | 0.00 | 172771.60 | 2074.53 | 21768.83 | 1755.13 |
| 8011172403 | 1/9/2023 | 173 | 1/1/2023 | 1/5/2023 | 0.00 | 0.00 | -1689.15 | 398.33 | 683.89 | 606.93 | 0.00 | 0.00 | 172373.27 | 2681.46 | 21768.83 | 65.98 |
| 8011172403 | 1/18/2023 | 313 | 1/1/2023 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1640.51 | 0.00 | 0.00 | 172373.27 | 1040.95 | 21768.83 | 65.98 |
| 8011172403 | 1/25/2023 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1091.72 | 0.00 | 172373.27 | 1040.95 | 22860.55 | 65.98 |
| 8011172403 | 1/25/2023 | 601 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168.07 | 0.00 | 172373.27 | 1040.95 | 23028.62 | 65.98 |
| 8011172403 | 1/25/2023 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1091.72 | 0.00 | 172373.27 | 1040.95 | 21936.90 | 65.98 |
| 8011172403 | 1/25/2023 | 766 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -168.07 | 0.00 | 172373.27 | 1040.95 | 21768.83 | 65.98 |
| 8011172403 | 2/2/2023 | 633 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 215.60 | 0.00 | 172373.27 | 1040.95 | 21984.43 | 65.98 |
| 8011172403 | 2/3/2023 | 172 | 2/1/2023 | 2/3/2023 | 0.00 | 0.00 | 1689.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1689.15 | 172373.27 | 1040.95 | 21984.43 | 1755.13 |
| 8011172403 | 2/6/2023 | 173 | 2/1/2023 | 2/3/2023 | 0.00 | 0.00 | -1689.15 | 399.91 | 682.31 | 606.93 | 0.00 | 0.00 | 171973.36 | 1647.88 | 21984.43 | 65.98 |
| 8011172403 | 2/15/2023 | | | | | | | | | | | | 171973.36 | 1647.88 | 21984.43 | 65.98 |