# EXHIBIT "4"

## Summary of Corporate Advances to the Loan

**Corporate Advance Disbursement**

```
8011172403      W         GP        CORP ADV DISBURSEMENT      12/07/23   13:01:20
NAME  L   RODRIGUE    PROP ADDRESS: 143 MONTROSE AVE                   LOAN TYPE 11
                              :                                         MAN B   INV 5AJ
                              : SOUTH PLAINFIELD NJ 07080-2615          CAT 541

   ACTION CD  A      TRAN      SEQ       OVR      DISBURSEMENT AMOUNT  _____.__
   PAYEE                CORP ADV PAYEE            DISP PAYEE     REASON CODE
   SEPARATE CHECK (1/2)                       DESCRIPTION ON CHECK
   MANUAL CHECK NO.        AND DATE MM/DD
   OVERRIDE PAYEE (Y/N)
   WITHHOLD (Y/N)
```

**Messages**

```
-=SPOC=-
PENDING PAYOFF AS OF 11/30/23 QUOTED 10/18/23 BY MIG
   BKCSRN:   BNKC REVIEW IS REQUIRED
```

**Corporate Advance Balances**

```
              CORPORATE ADVANCE BALANCES          CORPORATE ADVANCE DATES
      MORTGAGOR RECOVERABLE       $     1,050.00      1ST DATE:  06/24/19
      3RD PARTY RECOVERABLE       $     6,625.31      LAST DATE: 12/07/23
      NON-RECOVERABLE             $    49,808.14

      AGING:   OLDEST UNPAID CORP ADV DISB:
               LAST AGED DT:
```