# EXHIBIT "5"

# PHH MORTGAGE

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416



**To obtain information about your account:**
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0003350 01 AB 0.537 **AUTO T4 0 3476 07921-211890 -C05-P03350-I  5    RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| Loan number: | 8011172403 |
|---|---|
| Payment Date: | 11/1/2023 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated:** 9/7/2023

## Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services, PO Box 24736, West Palm Beach, FL 33416

## Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE, SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $169,540.44 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $2,201.52 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $414.38 |
| Interest | $667.84 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

## Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage. Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $409.50 | $3,231.16 |
| Interest | $672.72 | $5,426.60 |
| Escrow (Taxes and/or Insurance) | $760.68 | $5,162.94 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$15,575.83** |

## Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/06 | 09/06 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 09/07 | 09/06 | Payment | $409.50 | $672.72 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

## Important Information

Effective November 1, 2023, our designated address for submitting a Notice of Error, including Qualified Written Requests, and Requests for Information is changing. If you wish to request information or assert an error relating to the servicing of your mortgage loan, you must use the new designated address of PHH Mortgage Services, P.O. Box 24695, West Palm Beach, FL 33416.

---

Page 1 of 4

If you are making a payment, make your check payable to PHH Mortgage Services.

| Payment Date | 11/1/2023 |
|---|---|
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

Loan number: 8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $_____

99 954 8011172403 0000188618 0000184290 5

**PHH MORTGAGE**

PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416



To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0004599 01 AB 0.537 **AUTO T9 0 3496 07921-211890 -C05-P04599-I  5    RE    OC1



LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| Loan number: | 8011172403 |
|---|---|
| Payment Date: | 12/1/2023 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated:** 10/5/2023

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

### Account Information

| Property Address | 143 MONTROSE AVE |
|---|---|
|  | SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $169,129.32 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $1,378.55 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $416.02 |
| Interest | $666.20 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $411.12 | $3,642.28 |
| Interest | $671.10 | $6,097.70 |
| Escrow (Taxes and/or Insurance) | $760.68 | $5,923.62 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$17,418.73** |

### Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | | Hazard Insurance NEW JERSEY | $0.00 | $0.00 | -$1,583.65 | $0.00 | $0.00 | $0.00 | $1,583.65 |
| 10/04 | 10/04 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 10/05 | 10/04 | Payment | $411.12 | $671.10 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

### Important Information

Effective November 1, 2023, our designated address for submitting a Notice of Error, including Qualified Written Requests, and Requests for Information is changing. If you wish to request information or assert an error relating to the servicing of your mortgage loan, you must use the new designated address of PHH Mortgage Services, P.O. Box 24695, West Palm Beach, FL 33416.

Page 1 of 4

---

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 12/1/2023 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| Total Payment Amount | $2,892.90 |

Loan number:   8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $ _____

99 954 8011172403 0000188618 0000184290 5

# PHH MORTGAGE

PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416



**To obtain information about your account:**
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0000565 01 AB 0.537 **AUTO T3 0 3519 07921-211890 -C05-P00565-I 5    RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| Loan number: | 8011172403 |
|---|---|
| Payment Date: | 1/1/2024 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated:** **11/8/2023**

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at:   PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

### Account Information

| Property Address | 143 MONTROSE AVE |
|---|---|
| | SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $168,716.57 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $530.57 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $417.67 |
| Interest | $664.55 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $412.75 | $4,055.03 |
| Interest | $669.47 | $6,767.17 |
| Escrow (Taxes and/or Insurance) | $760.68 | $6,684.30 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$19,261.63** |

### Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 10/23 | | City/Town Tax S PLAINFIELD BORO FISCAL | $0.00 | $0.00 | -$1,608.66 | $0.00 | $0.00 | $0.00 | $1,608.66 |
| 11/07 | 11/06 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 11/08 | 11/06 | Payment | $412.75 | $669.47 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

### Important Information

Effective November 1, 2023, our designated address for submitting a Notice of Error, including Qualified Written Requests, and Requests for Information is changing. If you wish to request information or assert an error relating to the servicing of your mortgage loan, you must use the new designated address of PHH Mortgage Services, P.O. Box 24695, West Palm Beach, FL 33416.

Page 1 of 4

---

| | |
|---|---|
| Payment Date | 1/1/2024 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

If you are making a payment, make your check payable to PHH Mortgage Services.

Loan number:   8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $_____

99  954  8011172403  0000188618  0000184290  5

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416

**To obtain information about your account:**
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0003959 01 AB 0.537 **AUTO T5 0 3537 07921-211890 -C05-P03959-I 5    RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

Loan number: 8011172403
Payment Date: 2/1/2024
Payment Amount: $2,892.90

**Your monthly mortgage statement dated: 12/5/2023**

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

### Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE |
| | SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $168,302.19 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $1,291.25 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $419.32 |
| Interest | $662.90 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $414.38 | $4,469.41 |
| Interest | $667.84 | $7,435.01 |
| Escrow (Taxes and/or Insurance) | $760.68 | $7,444.98 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$21,104.53** |

### Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 12/04 | 12/04 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 12/05 | 12/04 | Payment | $414.38 | $667.84 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

Page 1 of 4

---

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 2/1/2024 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

Loan number:    8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $_____

99  954  8011172403  0000188618  0000184290  5

# PHH MORTGAGE

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416



To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0002357 02 AB 0.537 **AUTO H4 2 3308 07921-211890 -C06-P02357-I 5    RE    OC2

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| Loan number: | 8011172403 |
|---|---|
| Payment Date: | 3/1/2024 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated:** 1/5/2024

## Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

## Account Information

| Property Address | 143 MONTROSE AVE |
|---|---|
|  | SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $167,886.17 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $2,051.93 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $420.98 |
| Interest | $661.24 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

## Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $416.02 | $416.02 |
| Interest | $666.20 | $666.20 |
| Escrow (Taxes and/or Insurance) | $760.68 | $760.68 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$3,598.03** |

## Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/04 | 01/04 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 01/05 | 01/04 | Payment | $416.02 | $666.20 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

Page 1 of 6

| Payment Date | 3/1/2024 |
|---|---|
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

If you are making a payment, make your check payable to PHH Mortgage Services.

Total check enclosed    $_____

Loan number:   8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

99  954  8011172403  0000188618  0000184290  5

# PHH MORTGAGE

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416

**To obtain information about your account:**
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0004775 01 AB 0.547 **AUTO T0 0 3329 07921-211890 -C05-P04775-I    5    RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| Loan number: | 8011172403 |
|---|---|
| Payment Date: | 4/1/2024 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated: 2/6/2024**

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

### Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE |
| | SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $167,468.50 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $1,151.45 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $422.65 |
| Interest | $659.57 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| Total Payment Amount | $2,892.90 |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $417.67 | $833.69 |
| Interest | $664.55 | $1,330.75 |
| Escrow (Taxes and/or Insurance) | $760.68 | $1,521.36 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$5,440.93** |

### Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/17 | | City/Town Tax S PLAINFIELD BORO FISCAL | $0.00 | $0.00 | -$1,661.16 | $0.00 | $0.00 | $0.00 | $1,661.16 |
| 02/05 | 02/05 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 02/06 | 02/05 | Payment | $417.67 | $664.55 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

---

Page 1 of 4

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 4/1/2024 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| Total Payment Amount | $2,892.90 |

Loan number:   8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $_____

99 954 8011172403 0000188618 0000184290 5

# PHH MORTGAGE

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416



**To obtain information about your account:**
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0002665 02 AB 0.547 **AUTO T7 0 3349 07921-211890 -C07-P02665-I 5   RE   OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| Loan number: | 8011172403 |
|---|---|
| Payment Date: | 5/1/2024 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated: 3/6/2024**

## Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

## Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE |
| | SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $167,049.18 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $1,912.13 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $424.32 |
| Interest | $657.90 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

## Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $419.32 | $1,253.01 |
| Interest | $662.90 | $1,993.65 |
| Escrow (Taxes and/or Insurance) | $760.68 | $2,282.04 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$7,283.83** |

## Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/05 | 03/05 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 03/06 | 03/05 | Payment | $419.32 | $662.90 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

Page 1 of 8

---

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 5/1/2024 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

Loan number:   8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed     $_____

99 954 8011172403 0000188618 0000184290 5

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0000018 02 AB 0.547 **AUTO H1 1 3371 07921-211890 -C09-P00018-I 5    RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| | |
|---|---|
| Loan number: | 8011172403 |
| Payment Date: | 6/1/2024 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated:** 4/5/2024

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

### Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE |
| | SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $166,628.20 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $2,672.81 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $426.00 |
| Interest | $656.22 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $420.98 | $1,673.99 |
| Interest | $661.24 | $2,654.89 |
| Escrow (Taxes and/or Insurance) | $760.68 | $3,042.72 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$9,126.73** |

### Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 04/04 | 04/04 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 04/05 | 04/04 | Payment | $420.98 | $661.24 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

Page 1 of 6

---

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 6/1/2024 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

Loan number: 8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $_____

99  954  8011172403  0000188618  0000184290  5

# PHH MORTGAGE

PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0004790 01 AB 0.547 **AUTO T9 0 3393 07921-211890 -C05-P04790-I  5    RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| | |
|---|---|
| Loan number: | 8011172403 |
| Payment Date: | 7/1/2024 |
| Payment Amount: | $2,892.90 |

**Your monthly mortgage statement dated:** 5/7/2024

## Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

## Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $166,205.55 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $1,772.34 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $427.69 |
| Interest | $654.53 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

## Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $422.65 | $2,096.64 |
| Interest | $659.57 | $3,314.46 |
| Escrow (Taxes and/or Insurance) | $760.68 | $3,803.40 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$10,969.63** |

## Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 04/19 | | City/Town Tax S PLAINFIELD BORO FISCAL | $0.00 | $0.00 | -$1,661.15 | $0.00 | $0.00 | $0.00 | $1,661.15 |
| 05/06 | 05/06 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 05/07 | 05/06 | Payment | $422.65 | $659.57 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

Page 1 of 4

---

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 7/1/2024 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

Loan number: 8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed       $_____

99  954  8011172403  0000188618  0000184290  5

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0005685 01 AB 0.547 **AUTO T0 0 3413 07921-211890 -C05-P05685-I 5    RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

Loan number: 8011172403
Payment Date: 8/1/2024
Payment Amount: $2,892.90

**Your monthly mortgage statement dated:** 6/5/2024

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.
If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

### Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $165,781.23 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $2,533.02 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $429.38 |
| Interest | $652.84 |
| Escrow (Taxes and/or Insurance) | $760.68 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,842.90** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage. Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $424.32 | $2,520.96 |
| Interest | $657.90 | $3,972.36 |
| Escrow (Taxes and/or Insurance) | $760.68 | $4,564.08 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$12,812.53** |

### Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 06/04 | 06/04 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 06/05 | 06/04 | Payment | $424.32 | $657.90 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

Page 1 of 4

---

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 8/1/2024 |
| Regular Monthly Payment | $1,842.90 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,892.90** |

Loan number: 8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $ _____

99 954 8011172403 0000188618 0000184290 5

# PHH MORTGAGE

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416



**To obtain information about your account:**
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

0003957 01 AB 0.547 **AUTO T6 0 3433 07921-211890 -C05-P03957-I  5     RE    OC1

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921-2118

| | |
|---|---|
| Loan number: | 8011172403 |
| Payment Date: | 9/1/2024 |
| Payment Amount: | $2,844.42 |

**Your monthly mortgage statement dated:** 7/5/2024

## Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

## Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE SOUTH PLAINFIELD, NJ 07080 2615 |
| Outstanding Balance (not payoff amount) | $165,355.23 |
| Current Interest Rate | 4.7500% |
| Prepayment Penalty | No |
| Escrow Balance | $3,293.70 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 01/01/2044 |

## Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $431.08 |
| Interest | $651.14 |
| Escrow (Taxes and/or Insurance) | $712.20 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$1,794.42** |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| **Total Payment Amount** | **$2,844.42** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

## Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.
*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $426.00 | $2,946.96 |
| Interest | $656.22 | $4,628.58 |
| Escrow (Taxes and/or Insurance) | $760.68 | $5,324.76 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| **Total** | **$1,842.90** | **$14,655.43** |

## Transaction Activity

| Posted Date | Received/Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 07/03 | 07/03 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 07/05 | 07/03 | Payment | $426.00 | $656.22 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

Page 1 of 4

---

If you are making a payment, make your check payable to PHH Mortgage Services.

| | |
|---|---|
| Payment Date | 9/1/2024 |
| Regular Monthly Payment | $1,794.42 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $0.00 |
| Total Payment Amount | $2,844.42 |

Loan number: 8011172403
LINDA RODRIGUEZ

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

Total check enclosed    $_____

99  954  8011172403  0000183770  0000179442  3

# PHH MORTGAGE

PHH Mortgage Services | PO BOX 24738
West Palm Beach FL 33416

8/7/24 12:41 AM 15 0006769 20240807 06072102 I041 1 oz DOM 0607210000 I041 PHMS

LINDA RODRIGUEZ
C/O ANDY WINCHELL ESQ
90 WASHINGTON VALLEY RD
BEDMINSTER NJ 07921-2118

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-877-744-2506
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300

| Loan number: | 8011172403 |
|---|---|
| Payment Date: | 9/1/2024 |
| Payment Amount: | $4,687.32 |

**Your monthly mortgage statement dated:** August 6, 2024

### Bankruptcy Message

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at:   PHH Mortgage Services
PO Box 24736
West Palm Beach, FL 33416

### Account Information

| | |
|---|---|
| Property Address | 143 MONTROSE AVE |
| | SOUTH PLAINFIELD, NJ 07080-2615 |
| Outstanding Balance (not payoff amount) | $164,927.54 |
| Current Interest Rate | 4.7500 % |
| Prepayment Penalty | No |
| Escrow Balance | $2,321.59 |
| Suspense Balance | $1,755.13 |
| Maturity Date | 1/1/2044 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $427.69 | $3,374.65 |
| Interest | $654.53 | $5,283.11 |
| Escrow (Taxes and/or Insurance) | $760.68 | $6,085.44 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $1,755.13 |
| Total | $1,842.90 | $16,498.33 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $431.08 |
| Interest | $651.14 |
| Escrow (Taxes and/or Insurance) | $712.20 |
| Optional Products/Other | $0.00 |
| Regular Monthly Payment | $1,794.42 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $1,842.90 |
| Total Payment Amount | $4,687.32 |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

The Total Amount shown above does not include any stipulated payment(s) from any Agreed or Consent Order entered by the bankruptcy court. Please refer to the Order or contact your attorney to determine any stipulated payment amount(s) and terms.

*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage. Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

### Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Fees & Shortages ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 07/19 | | City/Town Tax S PLAINFIELD BORO FISCAL | $0.00 | $0.00 | -$1,732.79 | $0.00 | $0.00 | $0.00 | $1,732.79 |
| 08/02 | 08/02 | Payment | $0.00 | $0.00 | $0.00 | $0.00 | $1,842.90 | $0.00 | $1,842.90 |
| 08/05 | 08/02 | Payment | $427.69 | $654.53 | $760.68 | $0.00 | -$1,842.90 | $0.00 | $0.00 |

1 of 3

---

If you are making a payment, make your check payable to PHH Mortgage Services.

Loan Number: 8011172403
LINDA RODRIGUEZ

| | |
|---|---|
| Payment Date | 9/1/2024 |
| Regular Monthly Payment | $1,794.42 |
| Total New Fees and Charges | $0.00 |
| Outstanding Unpaid Fees, Returned Item Charges and Shortages | $1,050.00 |
| Past Unpaid Amount | $1,842.90 |
| Total Payment Amount | $4,687.32 |

Total check enclosed    $ _____

PHH Mortgage Services
ATTN:SV 19
PO BOX 24781
WEST PALM BEACH FL 33416-4781

99  954  8011172403  0000183770  0000179442  3