# EXHIBIT "6"

**PHH** ®

**MORTGAGE**

PHH Mortgage Services                                           Tel 877-744-2506
PO Box 24738                                                    Fax 856-917-8300
West Palm Beach, FL 33416

See below for a breakdown of the total amount required to pay off the
account referenced above on or before March 31, 2023, as well as complete
payoff instructions.

Important Note: If there is an escrow account associated with the
mortgage for property taxes and insurance, we may need to pay the tax
and insurance bills before this payoff quote expires on March 31, 2023.
Any additional disbursements made on behalf of the mortgage will be
added to the amounts due on payoff.

A Lien Release Fee and Recording Fee are the costs charged by the county in
which the property is located to record a lien release as allowed
pursuant to the terms of the security instrument. A Lien Release Fee
and Recording Fee will only be charged when the loan is paid in full
and as allowed by applicable law. A Lien Release Fee and Recording Fee
will be assessed in the amount of the actual cost which may vary at the
time of recording.

Due Date of Monthly Payment: March 01, 2023
Interest Rate 4.75000%
Principal                                              $      171,973.36
Interest                                                       1,361.46
Recoverable Balance                                           1,050.00
Lien Release Fee                                                    .00
Recording Fee                                                    45.00
Corporate Seconds                                                  .00
Priority Stmt Fee                                                  .00
Payoff Quote Fee                                                   .00

TOTAL PAYOFF AMOUNT DUE BY 03-31-23                    $      174,429.82
Bank Wire Fee                                          $            .00
TOTAL PAYOFF AMOUNT DUE VIA BANK WIRE TRANSFER
BY 03-31-23                                            $      174,429.82

Next Due Date                                                  03-01-23
Quoted Date                                                    02-10-23
Payoff Quote Expiration Date                                  03-31-23
Original Principal Balance                             $      312,112.00

Funds received after the "Total Amount Due to Pay Loan in Full" date
indicated require additional interest of $  680.73 per month.

*Log in to MortgageQuestions.com --- your servicing website connection.*