UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on November 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**ORDER**

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2_____ is **ORDERED**.

**DATED: November 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by the Law Offices of Andy Winchell, P.C., counsel to the Debtor, on the Debtor's Motion to Determine Mortgage Fees and Expenses of Secured Creditor PHH Mortgage Corporation ("Secured Creditor"), and the Court having considered the pleadings in this matter and arguments of counsel, and for good cause shown,

**It is hereby ORDERED** that the Court allows for a total of $1,050, not $1,400 as requested by the Secured Creditor, to be added to Secured Creditor's Mortgage loan to be charged to the Debtor. Of the $1,050, $150 represents counsel's time to review the Plan, and $900 represents counsel's time to file a proof of claim.