```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541 03/17/25  11:06:37
L  RODRIGUE      L:    F:   B:A R:     03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------- * MORE *-------
       PAYEE           TRAN         RSN          USR              ESC PAYEE
     SORT             SORT         SORT         SORT             SORT
DATE RANGE:           THRU
 TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN   DESCRIPTION    DISBDT

 630 FID 0119 082123       50.00    ATUSDEG      01T23 BPCN BK PMT CHANGE LT

 601 NBB 0118 042823      431.69                 01N94 GNMW NBB GNMA WOF

 601 NBB 0117 042823    1,176.00                 01N94 GNMW NBB GNMA WOF

 766 NBB 0116 042823      431.69-                01T19 LITI LITIGATION FEES

 766 NBB 0115 042823    1,176.00-                01T19 LITI LITIGATION FEES
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541 03/17/25  11:06:49
L  RODRIGUE      L:    F:   B:A R:     03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------- * MORE *-------
       PAYEE           TRAN         RSN          USR              ESC PAYEE
     SORT             SORT         SORT         SORT             SORT
DATE RANGE:           THRU
 TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN   DESCRIPTION    DISBDT

 601 NBB 0114 032823      215.60                 01N94 GNMW NBB GNMA WOF

 766 NBB 0113 032823      215.60-                01T19 LITI LITIGATION FEES

 633 8AJ 0112 032123      431.69    LHOUSERLLP   01T19 LITI LITIGATION FEES

 633 8AJ 0111 030223    1,176.00    LHOUSERLLP   01T19 LITI LITIGATION FEES

 601 NBB 0110 022723      718.83                 01N94 GNMW NBB GNMA WOF
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541 03/17/25  11:07:04
L  RODRIGUE      L:    F:   B:A R:     03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------- * MORE *-------
       PAYEE           TRAN         RSN          USR              ESC PAYEE
     SORT             SORT         SORT         SORT             SORT
DATE RANGE:           THRU
 TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN   DESCRIPTION    DISBDT

 601 NBB 0109 022723   15,000.00                 01N94 GNMW NBB GNMA WOF

 601 NBB 0108 022723    5,000.00                 01N94 GNMW NBB GNMA WOF

 766 NBB 0107 022723      718.83-                01T19 LITI LITIGATION FEES

 766 NBB 0106 022723   15,000.00-                01T19 LITI LITIGATION FEES

 766 NBB 0105 022723    5,000.00-                01T19 LITI LITIGATION FEES
```

DEF_0201

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25  11:07:18
L  RODRIGUE      L:    F:    B:A R:    03/01/25 TYPE F.H.A.            MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------- * MORE * -------
         PAYEE         TRAN       RSN        USR            ESC PAYEE
      SORT          SORT       SORT       SORT             SORT
DATE RANGE:            THRU
TRN USR  ID    DATE     TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION      DISBDT

633 8AJ 0104 020223       215.60   LHOUSERLLP 01T19 LITI LITIGATION FEES

601 NBB 0103 012523       168.07              01N94 GNMW NBB GNMA WOF

601 NBB 0102 012523     1,091.72              01N94 GNMW NBB GNMA WOF

766 NBB 0101 012523       168.07-             01T19 LITI LITIGATION FEES

766 NBB 0100 012523     1,091.72-             01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25  11:07:32
L  RODRIGUE      L:    F:    B:A R:    03/01/25 TYPE F.H.A.            MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------- * MORE * -------
         PAYEE         TRAN       RSN        USR            ESC PAYEE
      SORT          SORT       SORT       SORT             SORT
DATE RANGE:            THRU
TRN USR  ID    DATE     TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION      DISBDT

633 8AJ 0099 010523       718.83   LHOUSERLLP 01T19 LITI LITIGATION FEES

633 8AJ 0098 010523    15,000.00   LANWL-STLM 01T19 LITI LITIGATION FEES

633 8AJ 0097 010523     5,000.00   LCSGC-STLM 01T19 LITI LITIGATION FEES

601 NBB 0096 122722     1,458.73              01N94 GNMW NBB GNMA WOF

766 NBB 0095 122722     1,458.73-             01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25  11:07:44
L  RODRIGUE      L:    F:    B:A R:    03/01/25 TYPE F.H.A.            MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------- * MORE * -------
         PAYEE         TRAN       RSN        USR            ESC PAYEE
      SORT          SORT       SORT       SORT             SORT
DATE RANGE:            THRU
TRN USR  ID    DATE     TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION      DISBDT

633 8AJ 0094 120522       168.07   ATGRNBERG  01T19 LITI LITIGATION FEES

633 8AJ 0093 120222     1,091.72   LHOUSERLLP 01T19 LITI LITIGATION FEES

601 NBB 0092 113022     1,974.50              01N94 GNMW NBB GNMA WOF

601 NBB 0091 113022     2,411.78              01N94 GNMW NBB GNMA WOF

633 8AJ 0090 112922     1,458.73   LHOUSERLLP 01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25   11:08:02
L  RODRIGUE        L:    F:    B:A R:     03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-----------------------------------------------------------------  * MORE *-------
       PAYEE              TRAN         RSN         USR              ESC PAYEE
    SORT              SORT        SORT       SORT             SORT
DATE RANGE:              THRU
 TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION      DISBDT

 766 NBB 0089 112922      2,411.78-              01T19 LITI LITIGATION FEES

 766 NBB 0088 112922      1,974.50-              01T19 LITI LITIGATION FEES

 601 NBB 0087 112522        738.92               01N94 GNMW NBB GNMA WOF

 601 NBB 0086 112522        517.44               01N94 GNMW NBB GNMA WOF

 766 NBB 0085 112522        738.92-              01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25   11:08:27
L  RODRIGUE        L:    F:    B:A R:     03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-----------------------------------------------------------------  * MORE *-------
       PAYEE              TRAN         RSN         USR              ESC PAYEE
    SORT              SORT        SORT       SORT             SORT
DATE RANGE:              THRU
 TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION      DISBDT

 766 NBB 0084 112522        517.44-              01T19 LITI LITIGATION FEES

 633 592 0083 102722      2,411.78   LHOUSERLLP  01T19 LITI LITIGATION FEES

 633 592 0082 102722        738.92   ATGRNBERG   01T19 LITI LITIGATION FEES

 601 NBB 0081 102722         96.04               01N94 GNMW NBB GNMA WOF

 601 NBB 0080 102722        514.50               01N94 GNMW NBB GNMA WOF
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25   11:08:43
L  RODRIGUE        L:    F:    B:A R:     03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-----------------------------------------------------------------  * MORE *-------
       PAYEE              TRAN         RSN         USR              ESC PAYEE
    SORT              SORT        SORT       SORT             SORT
DATE RANGE:              THRU
 TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION      DISBDT

 601 NBB 0079 102722        209.23               01N94 GNMW NBB GNMA WOF

 766 NBB 0078 102722         96.04-              01T19 LITI LITIGATION FEES

 766 NBB 0077 102722        514.50-              01T19 LITI LITIGATION FEES

 766 NBB 0076 102722        209.23-              01T19 LITI LITIGATION FEES

 633 8AJ 0075 100522        517.44   ATGRNBERG   01T19 LITI LITIGATION FEES
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25  11:08:56
L RODRIGUE      L:   F:   B:A R:     03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-----------------------------------------------------------------  * MORE *-------
     PAYEE           TRAN         RSN        USR             ESC PAYEE
    SORT            SORT         SORT       SORT            SORT
DATE RANGE:         THRU
TRN USR  ID   DATE     TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION    DISBDT

633 8AJ 0074 100422     1,974.50   LHOUSERLLP 01T19 LITI LITIGATION FEES

601 NBB 0073 092322     2,926.28              01N94 GNMW NBB GNMA WOF

601 NBB 0072 092322        50.00              01N94 GNMW NBB GNMA WOF

601 NBB 0071 092322       480.69              01N94 GNMW NBB GNMA WOF

766 NBB 0070 092322     2,926.28-             01T19 LITI LITIGATION FEES
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25  11:09:08
L RODRIGUE      L:   F:   B:A R:     03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-----------------------------------------------------------------  * MORE *-------
     PAYEE           TRAN         RSN        USR             ESC PAYEE
    SORT            SORT         SORT       SORT            SORT
DATE RANGE:         THRU
TRN USR  ID   DATE     TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION    DISBDT

766 NBB 0069 092322        50.00-             01T23 BPCN BK PMT CHANGE LT

766 NBB 0068 092322       480.69-             01T19 LITI LITIGATION FEES

633 8AJ 0067 092222        96.04   ATGRNBERG  01T19 LITI LITIGATION FEES

633 8AJ 0066 090822       514.50   ATGRNBERG  01T19 LITI LITIGATION FEES

633 8AJ 0065 090222       209.23   ATGRNBERG  01T19 LITI LITIGATION FEES
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25  11:09:23
L RODRIGUE      L:   F:   B:A R:     03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-----------------------------------------------------------------  * MORE *-------
     PAYEE           TRAN         RSN        USR             ESC PAYEE
    SORT            SORT         SORT       SORT            SORT
DATE RANGE:         THRU
TRN USR  ID   DATE     TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION    DISBDT

601 NBB 0064 082922       163.17              01N94 GNMW NBB GNMA WOF

601 NBB 0063 082922     1,647.87              01N94 GNMW NBB GNMA WOF

601 NBB 0062 082922     2,777.81              01N94 GNMW NBB GNMA WOF

601 NBB 0061 082922     2,002.14              01N94 GNMW NBB GNMA WOF

601 NBB 0060 082922       997.15              01N94 GNMW NBB GNMA WOF
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN  5AJ/541 03/17/25   11:09:44
L RODRIGUE     L:   F:   B:A R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------* MORE *-------
      PAYEE          TRAN         RSN        USR             ESC PAYEE
      SORT           SORT         SORT       SORT            SORT
DATE RANGE:          THRU
TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

 601 NBB 0059 082922       781.55               01N94 GNMW NBB GNMA WOF

 601 NBB 0058 082922     2,635.71               01N94 GNMW NBB GNMA WOF

 601 NBB 0057 082922     1,777.72               01N94 GNMW NBB GNMA WOF

 601 NBB 0056 082922       125.00               01N94 GNMW NBB GNMA WOF

 601 NBB 0055 082922       350.00               01N94 GNMW NBB GNMA WOF
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN  5AJ/541 03/17/25   11:10:02
L RODRIGUE     L:   F:   B:A R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------* MORE *-------
      PAYEE          TRAN         RSN        USR             ESC PAYEE
      SORT           SORT         SORT       SORT            SORT
DATE RANGE:          THRU
TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

 601 NBB 0054 082922       500.00               01N94 GNMW NBB GNMA WOF

 601 NBB 0053 082922        50.00               01N94 GNMW NBB GNMA WOF

 766 NBB 0052 082922       163.17-              01T19 LITI LITIGATION FEES

 766 NBB 0051 082922     1,647.87-              01T19 LITI LITIGATION FEES

 766 NBB 0050 082922     2,777.81-              01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN  5AJ/541 03/17/25   11:10:17
L RODRIGUE     L:   F:   B:A R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
----------------------------------------------------------------* MORE *-------
      PAYEE          TRAN         RSN        USR             ESC PAYEE
      SORT           SORT         SORT       SORT            SORT
DATE RANGE:          THRU
TRN USR  ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

 766 NBB 0049 082922     2,002.14-              01T19 LITI LITIGATION FEES

 766 NBB 0048 082922       997.15-              01T19 LITI LITIGATION FEES

 766 NBB 0047 082922       781.55-              01T19 LITI LITIGATION FEES

 766 NBB 0046 082922     2,635.71-              01T19 LITI LITIGATION FEES

 766 NBB 0045 082922     1,777.72-              01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN    5AJ/541  03/17/25  11:10:28
L RODRIGUE      L:    F:   B:A R:      03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
------------------------------------------------------------------- * MORE * -------
    [ ] PAYEE        [ ] TRAN       [ ] RSN      [ ] USR       [ ] ESC PAYEE
    [ ] SORT         [ ] SORT       [ ] SORT     [ ] SORT      [ ] SORT
DATE RANGE:  [        ]  THRU  [        ]
TRN USR  ID   DATE    TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

766 NBB 0044 082922      125.00-                  01T23 BPCN BK PMT CHANGE LT
766 NBB 0043 082922      350.00-                  01T23 BKOP OBJ TO PLAN
766 NBB 0042 082922      500.00-                  01T23 BATY BK ATTY FEE
766 NBB 0041 082922       50.00-                  01T23 BPCN BK PMT CHANGE LT
633 8AJ 0040 082222    2,926.28   LHOUSERLLP 01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN    5AJ/541  03/17/25  11:10:43
L RODRIGUE      L:    F:   B:A R:      03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
------------------------------------------------------------------- * MORE * -------
    [ ] PAYEE        [ ] TRAN       [ ] RSN      [ ] USR       [ ] ESC PAYEE
    [ ] SORT         [ ] SORT       [ ] SORT     [ ] SORT      [ ] SORT
DATE RANGE:  [        ]  THRU  [        ]
TRN USR  ID   DATE    TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

630 FID 0039 080822       50.00   ATUSDEG     01T23 BPCN BK PMT CHANGE LT
633 8AJ 0038 080322      480.69   ATGRNBERG   01T19 LITI LITIGATION FEES
633 8AJ 0037 072922      163.17   ATGRNBERG   01T19 LITI LITIGATION FEES
633 8AJ 0036 072922    1,647.87   LHOUSERLLP  01T19 LITI LITIGATION FEES
633 8AJ 0035 070522    2,777.81   LHOUSERLLP  01T19 LITI LITIGATION FEES
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN    5AJ/541  03/17/25  11:10:56
L RODRIGUE      L:    F:   B:A R:      03/01/25 TYPE F.H.A.              MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
------------------------------------------------------------------- * MORE * -------
    [ ] PAYEE        [ ] TRAN       [ ] RSN      [ ] USR       [ ] ESC PAYEE
    [ ] SORT         [ ] SORT       [ ] SORT     [ ] SORT      [ ] SORT
DATE RANGE:  [        ]  THRU  [        ]
TRN USR  ID   DATE    TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

633 8AJ 0034 052722    2,002.14   LHOUSERLLP  01T19 LITI LITIGATION FEES
633 8AJ 0033 040422      997.15   LHOUSERLLP  01T19 LITI LITIGATION FEES
633 592 0032 030222      781.55   LHOUSERLLP  01T19 LITI LITIGATION FEES
633 592 0031 030122    2,635.71   LHOUSERLLP  01T19 LITI LITIGATION FEES
633 592 0030 012122    1,777.72   LHOUSERLLP  01T19 LITI LITIGATION FEES
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541 03/17/25   11:11:07
L  RODRIGUE      L:    F:   B:A  R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-------------------------------------------------------------- * MORE *-------
     PAYEE           TRAN        RSN         USR                ESC PAYEE
    SORT            SORT        SORT        SORT                SORT
DATE RANGE:         THRU
TRN USR   ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

630 FID 0029 080621        125.00   ATUSDEG         01T23 BPCN BK PMT CHANGE LT

745 50K 0028 121420        350.00                   01T23 BKOP RECLASS - BKREQ

745 50K 0027 121420        350.00-                  01R23 BKOP RECLASS - BKREQ

630 FID 0026 111720        500.00   RASCITRON       01T23 BATY BK ATTY FEE

630 FID 0025 072320         50.00   RASCITRON       01T23 BPCN BK PMT CHANGE LT
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541 03/17/25   11:11:20
L  RODRIGUE      L:    F:   B:A  R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-------------------------------------------------------------- * MORE *-------
     PAYEE           TRAN        RSN         USR                ESC PAYEE
    SORT            SORT        SORT        SORT                SORT
DATE RANGE:         THRU
TRN USR   ID    DATE      TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION     DISBDT

601 NBB 0024 022720        300.00                   01T23 BATY BK ATTY FEE

601 NBB 0023 022720      1,000.00                   01T23 BATY BK ATTY FEE

601 NBB 0022 022720        150.00                   01N18 BATY BK ATTY FEE

601 NBB 0021 022720        500.00                   01N18 BATY BK ATTY FEE

766 NBB 0020 022720        150.00-                  01T23 BATY BK ATTY FEE
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541 03/17/25   11:14:57
L  RODRIGUE        L:    F:    B:A R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-------------------------------------------------------------------- * MORE *-------
       PAYEE            TRAN         RSN         USR            ESC PAYEE
       SORT             SORT         SORT        SORT              SORT
DATE RANGE:             THRU
TRN USR  ID    DATE      TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION     DISBDT

766 NBB 0019 022720        500.00-                  01T23 BATY BK ATTY FEE

766 NBB 0018 022620        300.00-                  01T23 BATY BK ATTY FEE

766 NBB 0017 022620      1,000.00-                  01T23 BATY BK ATTY FEE

601 NBB 0016 022520        150.00                   01N18 BATY BK ATTY FEE

601 NBB 0015 022520        500.00                   01N18 BATY BK ATTY FEE
```

```
8011172403      CORPORATE ADVANCE HISTORY SCREEN   5AJ/541 03/17/25   11:15:13
L  RODRIGUE        L:    F:    B:A R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
-------------------------------------------------------------------- * MORE *-------
       PAYEE            TRAN         RSN         USR            ESC PAYEE
       SORT             SORT         SORT        SORT              SORT
DATE RANGE:             THRU
TRN USR  ID    DATE      TRAN AMT   ESC PAYEE  PAYEE RSN  DESCRIPTION     DISBDT

766 NBB 0014 022520        150.00-                  01N18 BATY BK ATTY FEE

766 NBB 0013 022520        500.00-                  01N18 BATY BK ATTY FEE

630 FID 0012 012320        150.00   RASCITRON    01T23 BATY BK ATTY FEE

630 FID 0011 010720        500.00   RASCITRON    01T23 BATY BK ATTY FEE

601 NBB 0010 122319        150.00                   01N18 BATY BK ATTY FEE
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25   11:15:28
L  RODRIGUE      L:    F:   B:A R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
---------------------------------------------------------------- * MORE *-------
       PAYEE          TRAN        RSN         USR              ESC PAYEE
     SORT           SORT        SORT        SORT             SORT
DATE RANGE:         THRU
 TRN USR  ID    DATE     TRAN AMT    ESC PAYEE  PAYEE RSN  DESCRIPTION    DISBDT

 766 NBB 0009 122319       150.00-                 01T23 BATY BK ATTY FEE

 630 FID 0008 111219       150.00    RASCITRON     01T23 BATY BK ATTY FEE

 630 FID 0007 103019       500.00    RASCITRON     01R23 BKOP OBJ TO PLAN

 601 NBB 0006 091019        20.00                  01N18 FINP INSPECTION FEE

 766 NBB 0005 091019        20.00-                 01T14 FINP INSPECTION FEE
```

```
8011172403    CORPORATE ADVANCE HISTORY SCREEN   5AJ/541  03/17/25   11:15:44
L  RODRIGUE      L:    F:   B:A R:      03/01/25 TYPE F.H.A.                MAN B
143 MONTROSE AVE SOUTH PLAINFIELD NJ 07080-2615
---------------------------------------------------------------- * END *--------
       PAYEE          TRAN        RSN         USR              ESC PAYEE
     SORT           SORT        SORT        SORT             SORT
DATE RANGE:         THRU
 TRN USR  ID    DATE     TRAN AMT    ESC PAYEE  PAYEE RSN  DESCRIPTION    DISBDT

 630 FID 0004 081219       500.00    RASCITRON     01R23 FPOC PROOF CLAIM - BK

 630 FID 0003 081219       250.00    RASCITRON     01R23 BATY BK ATTY FEE

 631 FID 0002 070319        20.00    FSG           01T14 FINP INSPECTION FEE

 630 FID 0001 062419       150.00    RASCITRON     01R23 BATY BK ATTY FEE



** BEGINNING CORP ADV BALANCE:                       0.00
** TOTAL OF TRANS DISPLAYED ON DDCH:             85,058.40
** OUTSTANDING CORP ADV BALANCE:                 85,058.40
```

DEF_0209