Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Linda Rodriguez
Debtor

Case No.: 19–19288–MEH
Chapter 13

Linda Rodriguez
Plaintiff

v.

Mortgage Services PHH
Defendant

Adv. Proc. No. 23–01212–MEH                           Judge: Mark Edward Hall

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on May 23, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 26
Fourth Amended Joint Scheduling Order Scheduling Pretrial Proceedings And Trial. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/21/2025. Discovery due by 8/1/2025. Trial date set for 1/12/2026 at 10:00 AM at MEH – Courtroom 2, Trenton. (mjb)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 23, 2025
JAN: mjb

                                                                         Jeanne Naughton
                                                                         Clerk