

Reed T. Cohn
T. 212.490.3333
F. 212.490.3332
rcohn@houser-law.com

*Licensed in New York and New Jersey*

Houser LLP
60 East 42nd Street
Suite 2200
New York, NY 10165

www.houser-law.com

ARIZONA

CALIFORNIA

CONNECTICUT

MASSACHUSETTS

MINNESOTA

NEVADA

NEW JERSEY

NEW MEXICO

NEW YORK

OREGON

WASHINGTON

June 6, 2025

**VIA ECF**
Hon Mark E. Hall
U.S. Bankruptcy Court, District of New Jersey
402 East State Street
Trenton, New Jersey 08608

       **Case:**      *Linda Rodriguez v. PHH Mortgage Corporation*
       **Case No.:**  23-01212-MBK
       **Re:**        **Compliance with the Court's May 21, 2025 Order (Doc. 26)**

Dear Judge Hall:

      We represent the defendant, PHH Mortgage Corporation ("PHH" or "Defendant") in the above-referenced matter. We write to certify that the Defendant complied with the Court's May 21, 2025 Order requiring the Defendant to produce the complete, unfiltered, unedited corporate advance information to Plaintiff, as requested by the Plaintiff in the May 13, 2025 letter to the Court (Doc. 25).[1] Defendant emailed this requested information, along with a certification, to the Plaintiff on June 5, 2025.

      We would be glad to supplement this letter to address any other issues presented to the Court.

Respectfully,

HOUSER LLP

*/s/ Reed T. Cohn*

**Reed T. Cohn, Esq.**

---

[1] Doc. 25 ("At this point, the Plaintiff requests that the Defendant produce a DDCH screen from June 2019 to the present in the form of raw data so that there will be no question about its completeness or integrity.").